IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) LESLIE BRIGGS, as next friend of T.W. and B.S.;
(2) EVAN WATSON, as next friend of C.R.; and
(3) HENRY A. MEYER, III, as next friend of A.M., for themselves and for others similarly situated,

      Plaintiffs,

v.

(1) CARRIE SLATTON-HODGES, in her official capacity as the Commissioner of the Oklahoma Department of Mental Health and Substance Abuse Services; and
(2) CRYSTAL HERNANDEZ, in her Official capacity as Executive Director of the Oklahoma Forensic Center,

      Defendants.

Case No. 12-cv-00081-GKF-JFJ

**DEFENDANTS' UNOPPOSED MOTION FOR
STIPULATED PROTECTIVE ORDER WITH BRIEF IN SUPPORT**

For their Unopposed Motion for Stipulated Protective Order, Defendants Carrie Slatton-Hodges and Crystal Hernandez, in their official capacities, state the following:

1. Certain documents and information have been and may be sought, produced, or exhibited by and between the parties in this proceeding (the "Proceeding").

2. Some of these documents relate to the parties' and non-parties' medical, psychiatric, and other types of protected health information and other sensitive information which the party making the production deems confidential.

3. It has been agreed by the parties to the Proceeding, through their respective counsel, that to expedite the flow of discovery material and to preserve the confidentiality of certain documents and information, a protective order should be entered by the Court.

4. Based on the foregoing, Defendants move for entry of the stipulated protective order attached hereto as Exhibit 1. Plaintiffs' counsel has reviewed the proposed stipulated protective order and does not object to its entry.

5. Trial courts have inherent power and broad discretion to enter protective orders such as the one requested here. *See Burke v. Glanz*, No. 11-CV-720-JED-PJC, 2013 WL 211096, at *2 (N.D. Okla. Jan. 18, 2013).

Relief Requested:   Defendants request that this Court enter the Stipulated Protective Order attached hereto as Exhibit 1. A copy of the proposed Stipulated Protective Order will be submitted to the Court via the procedure outlined in the Administrative Guide for submitting proposed documents electronically.

Respectfully submitted,

 /s  Devan A. Pederson
**DEVAN A. PEDERSON, OBA#16576**
**ERIN M. MOORE, OBA#20787**
**TRACY E. NEEL, OBA#33574**
Assistant Attorneys General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK   73105
Telephone:   (405) 521-3921
Facsimile:    (405) 521-4518
Email: devan.pederson@oag.ok.gov
            Erin.moore@oag.ok.gov
            Tracy.neel@oag.ok.gov
*Attorneys for Defendants Carrie Slatton-Hodges and Crystal Hernandez*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of April 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record who are ECF registrants.

                                        *s/* Devan A. Pederson
                                        Devan A. Pederson