IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| THE STATE OF OKLAHOMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No(s):   CF-2022-0923 |
| ) | |
| TINA F. WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

**FILED**
DISTRICT COURT
JUL 0 5 2022
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

ORDER TO THE DEPARTMENT OF
MENTAL HEALTH FOR TREATMENT
OKLA. STAT. TIT. 22, SEC. 1175

Now on this ___1___ day of ___July___, 202__, the Defendant, TINA F. WILLIAMS, being personally present in open court with his attorney, ~~redacted~~, and the State appearing by its Assistant District Attorney, Amanda Mims.

THE COURT FINDS from the evidence:

THAT said Defendant is charged with: Assault & Battery Upon a Police Officer, Obstructing an Officer and Resisting an Officer

THAT said Defendant has been examined for the purpose of determining competency.

THAT after said examination, the parties stipulated to the report of Dr. Scott Orth.

THE COURT FURTHER FINDS:

1. THAT the Defendant is unable to appreciate the nature of the charge(s) against him and unable to consult with his lawyer and rationally assist in the preparation of his defense.

2. THAT the Defendant can attain competency within a reasonable time if provided with a course of treatment, therapy and training. A reasonable period of time for this defendant means a period not exceeding two (2) years (22 O.S.2011, § 115.1(6)).

3. THAT the Defendant is a mentally ill person or a person requiring treatment but not as defined by Oklahoma Statute Title 43A, Section 1-103, and should be admitted and treated at Oklahoma Forensic Center as soon as a forensic bed



**Exhibit 2**

becomes available, unless both the Department and the county jail determine that it is in the best interest of Defendant to remain in the county jail.

4. THAT the Department of Mental Health and Substance Abuse Services may designate a willing entity to provide competency restoration services on behalf of the Department provided the entity has qualified personnel.

5. THAT the Department shall provide competency restoration services within a reasonable period of time, not to exceed fourteen (14) calendar days, from the date the Department receives notice of this Order in which the court has determined that Defendant is not competent to stand trial.

6. THAT the Defendant shall remain in the custody of the county jail until such time as the Department has a bed available at the forensic facility unless competency restoration services are provided by a designee of the Department, in which case custody of the person shall be transferred to the Department.

7. THAT if the Defendant were released without treatment, therapy, or training, he/she would pose a threat to the life or safety of himself/herself or others.

8. THAT the Defendant is not incompetent because of mental retardation as defined in Section 1408 of Title 10 of the Oklahoma Statutes; and

9. THAT the Defendant is not competent to consent to or refuse treatment and the attending physician is authorized to treat the Defendant as is deemed necessary, without the Defendant's consent, which may include, but is not limited to medication.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED by this Court that the Department of Mental Health and Substance Abuse Services provide treatment, therapy or training which is calculated to allow Defendant, TINA F. WILLIAMS, to achieve competency.

IT IS FURTHER ORDERED THAT the Sheriff of Tulsa County, Oklahoma, grant access to the Department of Mental Health and Substance Abuse Services to provide treatment, therapy or training to Defendant, TINA F. WILLIAMS.

IT IS FURTHER ORDERED THAT all available reports of law enforcement agencies, copies of pending charges, prior criminal history, psychiatric, medical, school, jail, Department of Corrections and any other pertinent records be made available to the forensic examiner for the purpose of evaluation and completion of court ordered report(s).

IT IS FURTHER ORDERED THAT all criminal proceedings against the defendant continue to be suspended.

IT IS FURTHER ORDERED THAT the Sheriff of Tulsa County, Oklahoma, upon receiving notice from the Department that a bed is available for the Defendant at the forensic facility, shall transport

**Exhibit 2**

the Defendant to Oklahoma Forensic Center at Vinita, Oklahoma, and that the Executive Director of said hospital detain the Defendant according to this order.

IT IS FURTHER ORDERED THAT in the event that the Defendant is declared to be presently competent, upon notification of that fact by the Oklahoma Forensic Center, or its designated entity, the Sheriff of Tulsa County, Oklahoma, shall transport the Defendant from Oklahoma Forensic Center at Vinita, Oklahoma to David L. Moss Criminal Justice Center (Tulsa County Jail) at Tulsa, Oklahoma. Further, a hearing shall be scheduled within twenty (20) days, and if the defendant is found to be competent by the Court or a jury after a re-hearing, criminal proceedings shall be resumed. However, if the defendant is found to continue to be incompetent because the defendant is a person requiring treatment as defined in Title 43A of the Oklahoma Statutes, the Department of Mental Health and Substance Abuse Services shall continue to provide treatment as outlined in this Order.

IT IS FURTHER ORDERED THAT after the Defendant is transported to the forensic facility, Oklahoma Forensic Center, or its designee, is to provide this Court, Attorney for the Defense and District Attorney with periodic reports as to the Defendant's progress.

This matter is hereby set for review on the __12__ day of __August__, 202_2_ at _9:00 A_.m.

DATED this __1__ day of __July__, 202_2_.

_____
JUDGE OF THE DISTRICT COURT

**Exhibit 2**

## CERTIFICATE OF SERVICE

I certify that on this _5_ day of _July_, 202_2_, a true and correct copy of this Order was delivered to the following persons in the following manner:

Oklahoma Forensic Center
Jillian Lambert
Email: jillian.lambert@odmhsas.org

Oklahoma Forensic Center
Stephanie Bunce
Email: Stephanie.bunce@odmhsas.org

Tulsa County District Attorney's Office
Attn: _____
Tulsa County Courthouse
500 S. Denver Ave., Ste. 900
Tulsa, OK 74103
Copy of this Order hand delivered

ABBY GORE
Assistant Public Defender

**Exhibit 2**

## AFFIDAVIT

I, Leslie Briggs, being of lawful age, being first sworn upon my oath, depose and state that I have read the foregoing, and that the same is true and correct to the best of my knowledge and belief. I hereby consent to serve as Guardian *ad Litem* for the above-referenced person.

_____
Declarant

STATE OF OKLAHOMA )
                  )
COUNTY OF TULSA   )

Signed or attested before me on the 21 day of February, 2023, by

> OLIVIA MEZA GONZALEZ
> Notary Public - State of Oklahoma
> Commission Number 22013393
> My Commission Expires Oct 4, 2026

_____
Notary Public

My Commission Expires: Oct 4, 2026

My Commission Number: 22013393



**Exhibit 2**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
FILED
MAR 17 2022
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

THE STATE OF OKLAHOMA, )
)
Plaintiff, )
)
vs. ) Case No(s): CF-2021-3447
) CF-2021-1333
BRADLEY JOSEPH SAVOY, )
)
Defendant. )

### ORDER TO THE DEPARTMENT OF MENTAL HEALTH FOR TREATMENT
### OKLA. STAT. TIT. 22, SEC. 1175

Now on this __16__ day of __March__, 2022, the Defendant, BRADLEY JOSEPH SAVOY, being personally present in open court with his attorney, COURTNEY RAINBOLT, and the State appearing by its Assistant District Attorney.

THE COURT FINDS from the evidence:

THAT said Defendant is charged with: Assault and/or Battery on Emergeny Medical Technician and Assault with a Dangerous Weapon

THAT said Defendant has been examined for the purpose of determining competency.

THAT after said examination, the parties stipulated to the report of Dr. Scott Orth.

THE COURT FURTHER FINDS:

1. THAT the Defendant is unable to appreciate the nature of the charge(s) against him and unable to consult with his lawyer and rationally assist in the preparation of his defense.

2. THAT the Defendant can attain competency within a reasonable time if provided with a course of treatment, therapy and training. A reasonable period of time for this defendant means a period not exceeding two (2) years (22 O.S.2011, § 115.1(6)).

3. THAT the Defendant is a mentally ill person or a person requiring treatment but not as defined by Oklahoma Statute Title 43A, Section 1-103, and should be admitted and treated at Oklahoma Forensic Center as soon as a forensic bed



**Exhibit 2**

becomes available, unless both the Department and the county jail determine that it is in the best interest of Defendant to remain in the county jail.

4. THAT the Department of Mental Health and Substance Abuse Services may designate a willing entity to provide competency restoration services on behalf of the Department provided the entity has qualified personnel.

5. THAT the Department shall provide competency restoration services within a reasonable period of time, not to exceed fourteen (14) calendar days, from the date the Department receives notice of this Order in which the court has determined that Defendant is not competent to stand trial.

6. THAT the Defendant shall remain in the custody of the county jail until such time as the Department has a bed available at the forensic facility unless competency restoration services are provided by a designee of the Department, in which case custody of the person shall be transferred to the Department.

7. THAT if the Defendant were released without treatment, therapy, or training, he/she would pose a threat to the life or safety of himself/herself or others.

8. THAT the Defendant is not incompetent because of mental retardation as defined in Section 1408 of Title 10 of the Oklahoma Statutes; and

9. THAT the Defendant is not competent to consent to or refuse treatment and the attending physician is authorized to treat the Defendant as is deemed necessary, without the Defendant's consent, which may include, but is not limited to medication.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED by this Court that the Department of Mental Health and Substance Abuse Services provide treatment, therapy or training which is calculated to allow Defendant, BRADLEY JOSEPH SAVOY, to achieve competency.

IT IS FURTHER ORDERED THAT the Sheriff of Tulsa County, Oklahoma, grant access to the Department of Mental Health and Substance Abuse Services to provide treatment, therapy or training to Defendant, BRADLEY JOSEPH SAVOY

IT IS FURTHER ORDERED THAT all available reports of law enforcement agencies, copies of pending charges, prior criminal history, psychiatric, medical, school, jail, Department of Corrections and any other pertinent records be made available to the forensic examiner for the purpose of evaluation and completion of court ordered report(s).

IT IS FURTHER ORDERED THAT all criminal proceedings against the defendant continue to be suspended.

IT IS FURTHER ORDERED THAT the Sheriff of Tulsa County, Oklahoma, upon receiving notice from the Department that a bed is available for the Defendant at the forensic facility, shall transport

**Exhibit 2**

the Defendant to Oklahoma Forensic [Center at Vi]nita, Oklahoma, and that the Executive Director of said hospital detain the Defendant according to this order.

IT IS FURTHER ORDERED THAT in the event that the Defendant is declared to be presently competent, upon notification of that fact by the Oklahoma Forensic Center, or its designated entity, the Sheriff of Tulsa County, Oklahoma, shall transport the Defendant from Oklahoma Forensic Center at Vinita, Oklahoma to David L. Moss Criminal Justice Center (Tulsa County Jail) at Tulsa, Oklahoma. Further, a hearing shall be scheduled within twenty (20) days, and if the defendant is found to be competent by the Court or a jury after a re-hearing, criminal proceedings shall be resumed. However, if the defendant is found to continue to be incompetent because the defendant is a person requiring treatment as defined in the 43A of the Oklahoma Statutes, the Department of Mental Health and Substance Abuse Services shall continue to provide treatment as outlined in this Order.

IT IS FURTHER ORDERED that when the Defendant is transported to the forensic facility, Oklahoma Forensic Center, or its designee, to provide this Court, Attorney for the Defense and District Attorney with periodic reports as to the Defendant's progress.

This matter is here set the 9 day of June, 2022, at 9:00 a.m. Rm 329

DATED this 16 day of March, 2022.

_____
JUDGE OF THE DISTRICT COURT

Exhibit 2

## CERTIFICATE OF SERVICE

I certify that on this /7 day of March, 202 2, a true and correct copy of this Order was delivered to the following in the following manner:

Oklahoma Forensic Center
Jillian Lambert
Email: jillian.lambert@...

Oklahoma Forensic Center
Stephanie Bunce
Email: Stephanie.bunce...

Tulsa County District Attorney's
Attn: _____
Tulsa County Courthouse
500 S. Denver Ave., Ste
Tulsa, OK 74103
Copy of this Order hand...

COURTNEY RAINBOLT
Assistant Public Defender

**Exhibit 2**

Nothing

## AFFIDAVIT

I, Leslie Briggs, being of lawful age, being first sworn upon my oath, depose and state that I have read the foregoing, and that the same is true and correct to the best of my knowledge and belief. I hereby consent to serve as Guardian *ad Litem* for the above-referenced person.

_____
Declarant

STATE OF OKLAHOMA  )
                                          )
COUNTY OF TULSA     )

Signed or attested before me on the 21 day of February, 2023, by

> OLIVIA MEZA GONZALEZ
> Notary Public - State of Oklahoma
> Commission Number 22013393
> My Commission Expires Oct 4, 2026

_____
Notary Public

My Commission Expires: Oct 4, 2026

My Commission Number: 22013393



**Exhibit 2**



IN THE DISTRICT COURT OF COMANCHE COUNTY

STATE OF OKLAHOMA

STATE OF OKLAHOMA,

PLAINTIFF,

VS.

Carlton Ozzie Redelk,

DEFENDANT.

STATE OF OKLAHOMA
Comanche County
FILED in the
Office of the Court Clerk

AUG 31 2022

By_____ Deputy

Case no. CF-2021-609
and CF-2021-682

### COMMITMENT TO THE DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES FOR CARE AND TREAMENT

Title 22 O.S. section 1175

Now on this 31st day of August, 2022, the Defendant, Carlton Ozzie Redelk, appears through his attorney, Chance Rabon, (OIDS), and the State appears by its Assistant District Attorney, Jill Oliver. The Court finds from the evidence:

That the Defendant is charged with Malicious Injury to Property pursuant to Title 21 O.S. section 1760(A)(2), Breaking and Entering Dwelling Without Permission pursuant to Title 21 O.S. section 1438(B) and defacing or Injuring a House of Worship pursuant to Title 21 O.S. 1765.

That Jaime Myler, Staff Psychologist at the Oklahoma Forensic Center in Vinita, Oklahoma, provided a report to the Court. Said report is dated August 9, 2022. The parties stipulate to this report.

That the Defendant is able to appreciate the nature of the charges against him.

That the Defendant is not able to consult with his lawyer and rationally assist in the preparation of his defense.

That the Defendant can attain competency within a reasonable time if provided with a competency restoration and treatment.

That the Defendant is a person requiring treatment as defined by Section 1-103 of Title 43A of the Oklahoma Statutes and should be admitted and treated by the Oklahoma Department of Mental Health and Substance Abuse Services.

That, if the Defendant were released, he would presently be dangerous as defined in Section 1175.1 of Title 43A of the Oklahoma Statutes. There is data supporting a conclusion that the Defendant would present and immediately pose a threat to the life or safety of others if released.

That the Defendant is not competent to consent to or refuse treatment and the attending physician is authorized to treat the Defendant as is deemed necessary, without the Defendant's

EXHIBIT "A"

Exhibit 2

consent, which may include but is not limited to the use of medication, including psychotropic medication.

Therefore, it is ordered, adjudged and decreed by this Court that the Defendant, Carlton Ozzie Redelk, be committed to the legal custody of the Oklahoma Department of Mental Health and Substance Abuse Services for the care and treatment of his mental condition. The Defendant is to be held in safe custody until such time as he may be declared by the doctor(s) of said hospital to be competent.

It is further ordered that the Comanche County Court Clerk provide copies of this Order to the following: Stephanie Bunce, Oklahoma Forensic Center, P.O. Box 69, Vinita, Oklahoma, 74301, Clay Shepperson, Oklahoma Indigent Defense Services, P.O. Box 663, Lawton, Oklahoma, 73502, and John Roose, assistant district attorney.

It is further ordered that the Sheriff of Comanche County, Oklahoma, transport the Defendant to the Oklahoma Forensic Center at Vinita, Oklahoma, or wherever the Oklahoma Department of Mental Health and Substance Abuse Services deems appropriate for treatment of this Defendant, and that the Executive Director of said hospital detain the Defendant according to this order.

It is further ordered that in the event that the Defendant is declared to be competent, upon notification of that fact by the Oklahoma Forensic Center, the Sheriff of Comanche County, Oklahoma, shall transport the Defendant from the Oklahoma Forensic Center at Vinita, Oklahoma, or wherever the Oklahoma Department of Mental Health and Substance Abuse Services has placed the Defendant, to the Comanche County Detention Center.

It is further ordered that the Oklahoma Forensic Center is to provide this Court, attorney for the Defendant, and the District Attorney with periodic reports as to the competency of this Defendant.

It is further ordered that the criminal proceedings shall be stayed until the Oklahoma Department of Mental Health and Substance Abuse Services deems the Defendant competent to stand trial.

_/s/ Susan Gwan_
JUDGE OF THE DISTRICT COURT

**Exhibit 2**



FILED IN DISTRICT COURT
OKLAHOMA COUNTY

DEC 07 2022

RICK WARREN
COURT CLERK

08_____

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**

**STATE OF OKLAHOMA**

| | |
|---|---|
| THE STATE OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CF-2022-3312 |
| AHMAD HAKEEM MATEEN, | ) |
| Defendant. | ) |

### ORDER OF COMMITMENT

**WHEREAS,** an application was filed in this Court alleging that Ahmad Mateen, Defendant, was mentally incompetent, and this Court determined sufficient facts were alleged to raise a doubt as to the competency of the Defendant and that the Defendant was examined in the County Jail, and the same has been completed.

**THEREAFTER,** a post-examination competency hearing was had on the 5 day of December, 2022, Defendant appears and is represented by counsel, Bailey Daugherty, and the State of Oklahoma appears by Assistant District Attorney, Peter Shadid. The Court hears the evidence and finds the Defendant incompetent.

**IT IS THEREFORE ORDERED** that the Defendant be committed to the Oklahoma Forensic Center under the supervision of the director, or his designate, for treatment.

**IT IS FURTHER ORDERED** that the hospital director make reports to this Court and the Office of the Public Defender of Oklahoma County, every one

**Exhibit 2**

hundred and twenty (120) days regarding the status of the Defendant. Should the Defendant achieve competency, the director is to immediately so notify this Court.

The Oklahoma County Jail Trust Authority is ordered to transport the Defendant to the Oklahoma Forensic Center and make return of this Order showing the manner in which it was executed.

_____
**HEATHER COYLE**
**JUDGE OF THE DISTRICT COURT**

**APPROVED:**

_____
**PETER SHADID**
**ASSISTANT DISTRICT ATTORNEY**

_____
**BAILEY HANDLEY**
**ASSISTANT PUBLIC DEFENDER**

# Exhibit 2