OFC FORM 02.005.00.03
Revised 3/22



**OKLAHOMA**
**Mental Health &**
**Substance Abuse**
Oklahoma Forensic Center

## ADMISSION NOTIFICATION

NAME: Williams , Tina                COUNTY: TULSA

ADMISSION: DATE: 03/16/23          TIME: 0920

TRANSPORTING DEPUTY:

W. Turner                             W. Turner
Printed name                          Signature

ADMISSION CLERK:

Calvin Smiles                         *[signature]*
Printed name                          Signature

Dr. Crystal Hernandez
Executive Director
Oklahoma Forensic Center
Vinita, OK

# Exhibit 4



**OKLAHOMA Mental Health & Substance Abuse**
Oklahoma Forensic Center

## ADMISSION NOTIFICATION

NAME: Savoy, Bradley                COUNTY: TULSA

ADMISSION: DATE: 03/17/23        TIME: 0915

TRANSPORTING DEPUTY:

Austin Hansford
Printed name

_[signature]_
Signature

ADMISSION CLERK:

Calvin Smiles
Printed name

_[signature]_
Signature

Dr. Crystal Hernandez
Executive Director
Oklahoma Forensic Center
Vinita, OK

**Exhibit 4**



**Oklahoma Mental Health & Substance Abuse**
**Oklahoma Forensic Center**

## ADMISSION NOTIFICATION

NAME: Redelk, Carlton                     COUNTY: COMANCHE

ADMISSION: DATE: 03/21/23           TIME: 1040

TRANSPORTING DEPUTY:

Daniel Boone
Printed name

D. Osborne 3/3/09
Signature

ADMISSION CLERK:

Calvin Smiles
Printed name

Signature

Dr. Crystal Hernandez
Executive Director
Oklahoma Forensic Center
Vinita, OK

**Exhibit 4**

OFC FORM 02.005.00.03
Revised 3/22


**OKLAHOMA**
Mental Health &
Substance Abuse
**Oklahoma Forensic Center**

## ADMISSION NOTIFICATION

NAME: Mateen , Ahmad                    COUNTY: OKLAHOMA

ADMISSION: DATE: 03/21/23                TIME: 1010

TRANSPORTING DEPUTY:

Lt. Seneca Lane
Printed name                             Signature

ADMISSION CLERK:

Calvin Smiles
Printed name                             Signature

Dr. Crystal Hernandez
Executive Director
Oklahoma Forensic Center
Vinita, OK

# Exhibit 4