IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) LESLIE BRIGGS, as next friend of T.W. and B.S.;<br>(2) EVAN WATSON, as next friend of C.R.; and,<br>(3) HENRY A. MEYER, III, as next friend of A.M., for themselves and for others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>(1) CARRIE SLATTON-HODGES, in her official capacity as the Commissioner of the Oklahoma Department of Mental Health and Substance Abuse Services; and<br>(2) CRYSTAL HERNANDEZ, in her official capacity as Executive Director of the Oklahoma Forensic Center,<br><br>        Defendants. | Case No.: 23-cv-00081-GKF-JFJ |

## JOINT MOTION TO AMEND STIPULATED PROTECTIVE ORDER

For their Joint Motion to Amend Stipulated Protective Order, the Parties state the following:

1. At the request of the Parties, the Court entered a Stipulated Protective Order in this matter on April 11, 2023. Doc. 18.

2. Since the Stipulated Protective Order has been entered, the Parties have begun conducting discovery and exchanging documents in this matter.

3. During the course of discovery, the Parties have determined that there are documents which contain Patient History Information ("PHI"), and Patient Identifying Information ("PII") which is protected by both Federal and State Law.

4. As such, the Parties may not exchange PHI and PII documents without either heavily redacting those documents or without having the necessary language under 42 C.F.R. §§ 2.1 *et seq.* and 43A O.S. § 1-109 in the protective order.

5. The Parties agree that Patient History Information and PII may be relevant to resolving the underlying issues in this matter.

WHEREFORE, The Parties respectfully request this Court to amend the Stipulated Protective Order to include language which covers Patient History Information and Patient Identifying Information in compliance with 42 C.F.R. §§ 2.1 *et seq.* and 43A O.S. § 1-109.

    Respectfully submitted,

*/s/Devan A. Pederson*
**DEVAN A. PEDERSON, OBA#16576**
**ERIN M. MOORE, OBA#20787**
**TRACY E. NEEL, OBA#33574**
Assistant Attorneys General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
Email: devan.pederson@oag.ok.gov
Erin.Moore@oag.ok.gov
Tracy.neel@oag.ok.gov
*Attorneys for Defendants Carrie Slatton-Hodges and Crystal Hernandez*

*/s/Paul DeMuro – signed by Devan A. Pederson with Permission*
**PAUL DEMURO, OBA#17605**
**DAVID W. LEIMBACH, OBA#33310**
**FREDERIC DORWART, OBA#2436**
Frederic Dorwart, Lawyers PLLC
124 East 4th Street
Tulsa, OK 74103
Telephone: (918) 583-9957
Facsimile: (918)583-8251
Email: pdemuro@fdlaw.com
dleimbach@fdlaw.com
fdorwart@fdlaw.com
*Attorney for Plaintiffs Leslie Briggs, as next friend of T.W. and B.S., Evan Watson, as next friend of C.R., and Henry A. Meyer, III, as next friend of A.M., for themselves and for other similarly situated*

2

*/s/Nick Southerland – signed by Devan A. Pederson with Permission*
**NICK SOUTHERLAND, OBA#31234**
**BRIAN S. WILKERSON, OBA#17165**
Oklahoma Disability Law Center, Inc.
5555 E. 71st St., Suite 9100
Tulsa, OK 74136
Telephone: (918) 743-6220
Facsimile: (918) 743-7157
Email: nick@okdlc.org
brian@okdlc.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record who are ECF registrants.

*/s/Devan A. Pederson*
_____
Devan A. Pederson