# Exhibit 3

# William Neil Gowensmith, Ph.D.
**Associate Clinical Professor and Licensed Clinical & Forensic Psychologist**

**Work Address**
**2460 S. Vine St, University of Denver**
**Denver, Colorado  80208**

**Contact information**
**(828) 738-6694 (cellular)**
**neil.gowensmith@gmail.com**

## EDUCATION

**Post-doctoral Residency in Forensic Psychology**
> **Forensic Psychology (APA Accredited Specialty Practice Program in Forensic Psychology)**
> Saint Elizabeths Hospital, Washington D.C.
> Forensic Inpatient Services & Bureau of Legal Services Divisions
> September 1999 to September 2000

**Clinical Internship**
> **Internship in Clinical Psychology (APA Accredited)**
> Honolulu Veterans Affairs Medical & Regional Office Center, Hawaii
> September 1998 to September 1999

**Ph.D.**
> **Counseling Psychology (APA Accredited)**
> Colorado State University, Fort Collins, Colorado
> Awarded: Summer 1999

**B.A.**
> **Psychology**
> The University of Texas at Austin, Austin, Texas
> Awarded: December 1992

## AFFILIATIONS AND PROFESSIONAL ACTIVITIES

- Licensed Psychologist, Colorado
- Member, American Psychological Association
- Member, American Psychology-Law Society
- Member, Colorado Psychological Association

## CLINICAL AND ADMINISTRATIVE EXPERIENCE

**Associate Professor**

> Graduate School of Professional Psychology, University of Denver
> September 2011 to present
> Supervisor: Lavita Nadkarni, Ph.D.
>
> Half-time faculty responsibilities:
> Teach multiple courses in forensic psychology to master's level graduate students. Create, prepare, teach, monitor, and evaluate courses and student performance. Advise multiple graduate students on academic and programmatic progress. Oversee research paradigm in forensic psychology, including the supervision of multiple research assistants. Submitted successful grant proposals for student involvement in service-based grant opportunities. Engage in hiring and student selection committees, student capstone requirements, and other departmental activities. Chair or co-chair doctoral student research committees. Performed a program evaluation for the College Gateway Program at Red Rocks Community College. Created a thriving research lab with master's level students. Led groups of DU students on a service-learning course to South Africa in 2013 and 2016. Created and directed a postdoctoral fellowship in forensic psychology in fall 2016. Received Service Learning Faculty of the Year Award in 2014.
>
> Half-time administrative responsibilities:
> Creator and director of the University of Denver's Forensic Institute for Research, Service and Training (Denver FIRST), a regional hub for research, consultation, trainings and service to Colorado and adjacent Western states since July 2014. As director, have directly supervised more than 75 psychological evaluations and provided an apprenticeship model to 12 doctoral students. Also as director, have conducted multiple research projects, published multiple peer-reviewed articles, presented to more than 700 participants, and mentored 33 forensic master's students in 28 regional and national conference presentations and 12 publication co-authorships. Created and supervised a post-doctoral fellowship in forensic psychology in 2016. Also created Colorado's first and largest outpatient competency restoration program, which has demonstrated good outcome results for more than 150 defendants to date. Serve on multiple legislative and policy committees, respond to media requests, and consult with multiple jurisdictions and states nationwide on forensic public policy issues.

**Private Practice**

> Groundswell Services, Inc.
> January 2013 to present
>
> Provide evaluations for a host of forensic mental health questions raised in court proceedings, including competency to stand trial, criminal responsibility, violence risk, mitigation, aid in sentencing, immigration, Miranda waivers, second opinions, diagnosis, psychopathy, evaluation reviews, and other issues. Consult with the states of Colorado, Nebraska, Washington, Texas, Pennsylvania, Utah, California, Hawaii as well as the Colorado Department of Corrections and Los Angeles County on forensic mental health services, statutes, and policies. Qualified as an expert for courtroom testimony nine times in Colorado, Hawaii, and in federal court. Qualified as an expert in capital cases.

**Lead Consultant**

Groundswell Services, Inc.
US Federal Court, Colorado
January 2019 to present

Serve as Special Master for the US Federal Court's oversight of the litigation between Colorado's Department of Human Services and the Colorado Disability Law Center. Assist in mediation between the parties in creation of a binding consent decree. Fulfill all obligations in consent decree, including assisting CDHS with implementation of new programs, development of new staff positions, and monitoring progress through data collection and analysis. Primary focus is on reducing waitlists for people adjudicated as incompetent to proceed, ordered to competency restoration, and waiting in county jails for transfer to restoration services.

Los Angeles County Department of Diversion and Reentry
December 2018 to present

Provide ongoing consultation and recommendations for the Los Angeles County Jail, LA County outpatient competency restoration program, and other related diversion programs. The project focuses on finding alternatives to lengthy county jail incarceration for low-level offenders facing competency-related services. This follows a 2016 collaboration with the same department focused on setting context and planning for the increase in competency-related service referrals in 2015. The current project goals are to determine accurate numbers and profiles of offenders suitable for alternatives to county jail incarceration, and may include improvements / capacity-building for outpatient restoration, improved mental health care and triage of competency cases in the county jail, or development of alternatives to the competency-related service process in Los Angeles.

Groundswell Services, Inc.
State of Washington's Department of Social and Human Services
December 2013 to present

Provide ongoing consultation and recommendations for the State of Washington's forensic mental health system. Surveyed more than 100 individuals across more than twenty relevant criminal justice and mental health agencies. Produced report with practical and measurable recommendations. Served as lead expert for Washington's Department of Social and Human Services in *Trueblood v Washington (2015)*. Helped develop long-term plan and helped develop a system of outpatient competency restoration programs in various settings. Continue to provide consultation and expertise regarding public forensic mental health policy on issues such as outpatient competency restoration, forensic administrative infrastructure, conditional release of insanity acquittees, hospital policy, and treatment methodologies.

**Forensic Evaluator**

    Colorado Mental Health Institute at Pueblo, State of Colorado
    September 2012 to June 2014
    Supervisor: Thomas Gray, Ph.D.

    Conducted more than 100 Competency to Proceed evaluations as ordered by the criminal court.
    Conducted evaluations in jails and outpatient settings in the Denver metro area and beyond.
    Incorporated psychological, diagnostic, malingering, cognitive, and forensic testing as necessary.
    Submitted reports in a timely fashion and in accordance with departmental and state regulations.
    Consulted on administrative initiatives such as statutory proposals, outpatient forensic programming,
    and research proposals. Provided training and consultation to evaluators statewide.

**Technical Assistance and Research Psychologist**

    Western Interstate Commission on Higher Education
    September 2011 to August 2012
    Supervisor: Mimi McFaul, Psy.D.

    Provided consultation on forensic mental health issues to the 15 westernmost states. Consulted with
    stakeholders in Hawaii and other experts in Alaska and Colorado to plan, implement, and manage a pre-
    doctoral psychology internship in Hawaii (HI-PIC). The internship consortium includes a forensic
    mental health rotation as a primary training site. Collaborated on grant-writing and grant-management
    teams.

**Chief of Forensic Services:**

    Department of Health, State of Hawaii
    August 2006 to September 2011
    Supervisor: Bill Sheehan, M.D.

    Directed the forensic mental health services for the Adult Mental Health Division for the State of
    Hawaii. This included a statewide population of approximately 1500 outpatient and 500 inpatient
    consumers per year. Supervised a statewide staff of 20 individuals, including 11 psychologists, across
    more than 12 programs and services. Chaired several committees, implemented and analyzed data
    collection for each program, ensured that current best practices were incorporated statewide, and
    participated and led in several legislative work groups and task forces. Planned, created, implemented
    and monitored multiple community-based forensic programs, including outpatient competency
    restoration, pre- and post-booking jail diversion, step-down housing program for insanity acquittees,
    court-based clinics, and a phased program for conditionally-released insanity acquittees. Designed and
    completed several local and national research studies. Created, directed and supervised practicum, pre-
    doctoral internship, and post-doctoral fellowship programs. Received multiple grants to fund key
    programs. Oversaw training and quality of all court-ordered mental health examinations and examiners
    statewide. Earned recognition as a 2008-2009 Department of Health Team of the Year.

**Forensic Coordinator:**
> Department of Health, State of Hawaii
> March 2004 to August 2006
> Supervisors: Wayne Law and Reneau Kennedy, Ed.D.
>
> Operated as Hawaii's first state-employed community forensic psychologist, with a primary focus on overseeing risk factors for recidivism, violence, and clinical decompensation in Hawaii's legally encumbered mental health population. Provided supervision to non-licensed psychologists, developed forensic workforce, and provided forensic consultation and trainings to staff and consumers statewide.

**Academic Program Director / Instructor:**
> Global Stewardship Study Program (GSSP), Belize, Central America
> January 2003 to January 2004, May 2005
> Supervisor: Gordon Aeschliman
>
> Directed international, university study-abroad program located in Belize, Central America. Taught psychology courses, supervised assistant directors, and worked with multicultural, international staff to provide a safe and positive learning environment for students. Oversaw academic integrity of the program while emphasizing social justice and diversity issues.

**Staff Psychologist:**
> New Jersey State Prison, Trenton, New Jersey
> January 2001 to December 2002
> Lead Psychologist: David Starkey, Ph.D.
>
> Managed multidisciplinary team providing mental health treatment, crisis stabilization, and assessment of risks for violence and suicide to approximately 250 maximum-security inmates. Also provided lead supervision for female inpatient crisis unit, overseeing all components of acute mental health treatment.

**Psychology Post-doctoral Fellow:**
> John Howard Pavilion, St. Elizabeths Hospital, Washington D.C.
> September 1999 to September 2000
> Supervisors: Maureen Christian, Ph.D., Sidney Binks, Ph.D., Michael Lipscomb, Ph.D.
>
> Provided therapy, psychological assessment, and consultation to forensic populations in inpatient maximum security psychiatric hospital, outpatient forensic department, county jail, and courthouse cell block settings. Developed emphases on assessment of risk for violence, assessment of competency, and competency restoration.

William Neil Gowensmith, Ph.D.                                                                    828.738.6694
neil.gowensmith@gmail.con

**Clinical Psychology Intern:**

Honolulu Veterans Affairs Medical & Regional Office Center, Honolulu, Hawaii
September 1998 to September 1999
Supervisor: Kathleen McNamara, Ph.D.

Completed pre-doctoral psychology internship in clinical psychology with rotations in neuropsychology, inpatient acute treatment, day treatment with the chronically mentally ill, health psychology, and forensic psychology.

## TEACHING EXPERIENCE

**Assistant Professor:**

University of Denver
Introduction to Statistical Methods (2011 - 2020)
Ethics in Forensic Psychology (2011 - 2013)
Practicum / Case Conference (2012 - 2021)
Treatment and Evaluation of the Adult Offender (2012 - 2021)
Public Policy and Forensic Mental Health (2012 - 2021)
Criminal Evaluations (2012 - 2021)
International Service Learning South Africa (2013, 2016, 2018)
Applied Research (2015 - 2021)

**Instructor:**

University of Hawaii at Manoa
Introduction to Statistical Techniques (2005, 2006, 2008)
Experimental and Research Methods (2006, 2007, 2008)
Introduction to Forensic Psychology (2008, 2009, 2011)
Introduction to Forensic Psychology online (2012, 2013, 2014, 2016, 2017, 2019)
Psychopathology online (2011)

**Adjunct Faculty:**

Argosy University, Honolulu
Diagnostic and Assessment Practicum (2011)
Forensic Assessment (2011)

**Instructor:**

Global Stewardship Study Program, Belize
Global Psychology (2003, 2005)

**Instructor:**

Colorado State University, Fort Collins, Colorado
Introduction to Psychology (1996)
Abnormal Psychology (1997)
Pre-practicum / Introduction to Counseling Techniques (GTA 1998)

**Team Leader:**

South Africa Community Fund, Cape Town, Republic of South Africa
2002, 2003, 2005, 2009

## RESEARCH INTERESTS

**Standards of forensic evaluation:** Reliability, validity and quality of forensic evaluation reports, certification and qualification of forensic evaluators, state certification processes

**Competency to stand trial evaluation and restoration:** Contrasting models of competency restoration, effectiveness and models of outpatient and jail-based competency restoration, infrastructural and clinical approaches to managing increasing numbers of competency evaluation referrals

**Insanity acquittees and conditional release:** Management and supervision of insanity acquittees on conditional release, decision-making in evaluators of conditional release requests, recidivism and rehospitalization of insanity acquittees on conditional release

**Cross-cultural issues in forensic psychology:** Ethnic and racial bias in forensic evaluation, comparisons and contrasts between forensic mental health systems in the United States versus other countries (South Africa in particular)

**Animal abuse evaluation:** Development of a measure for evaluation of propensity and risk for animal maltreatment

**Social justice in forensic mental health:** Investigation of unjust policing and correctional practices, evaluation of community re-entry programs, effective strategies to combat stigma / discrimination / criminalization of persons with mental illness

## PUBLICATIONS

Murrie, D. C., **Gowensmith, W. N**., & Boccaccini, M. T. (in press). Competence to Stand Trial: Evaluation and Restoration Services. In Verona, E., & Fox, B. (Eds.), *Handbook of Evidence-Based Criminal Justice Practices*. Routledge.

**Gowensmith, W. N.** & Murrie, D.C. (2022). Competence Restoration amid a Competency Crisis. In B. Bornstein, M. Miller and D. DeMatteo (Eds.). *Advances in Psychology and Law* (*Volume 6*). Springer.

**Gowensmith, W. N.**, McCallum, K. E., & Stout, H. G. (2022). Using a mobile app to identify base rates and monitor bias in forensic evaluation. *Journal of Forensic Psychology Research and Practice.* Advance online publication. https://doi.org/10.1080/24732850.2022.2104146

**Gowensmith, W. N.** & Murrie, D. C. (2022). Restoration of competency. In R. Roesch (Volume Ed.), *Psychology and Law,* a volume of *Routledge Encyclopedia of Psychology in the Real World.* New York: Routledge.

Martin, D. A., Bailey, C. A., & **Gowensmith, W. N.** (2022). Ethical considerations of competency restoration: The risk of decompensation in correctional settings. *Psychology, Public Policy, and Law.* Advance online publication. https://doi.org/10.1037/law0000356

Kruh, I., **Gowensmith, W. N.,** Alkema, A., Swenson, K., & Platt, D. (2021). Community-based remediation of juvenile Competence to Stand Trial: A national survey. *International Journal of Forensic Mental Health Services,* 1-13. https://doi.org/10.1080/14999013.2021.2007431

Heilbrun, K., Giallella, C., Wright, H. J., DeMatteo, D., Griffin, P. A., **Gowensmith, W. N.**, Locklair, B., Ayers, D., Desai, A., & Pietruszka, V. (2021). Appraising Jackson-based unrestorability to competence to stand trial: The demonstration model. *Psychological Services*. Advance online publication.

Heilbrun, K., Giallella, C., Wright, H. J., DeMatteo, D., Griffin, P. A., **Gowensmith, W. N.**, Locklair, B., Ayers, D., Desai, A., & Pietruszka, V. (2021). Jackson-based restorability to competence to stand trial: Critical analysis and recommendations. *Psychology, Public Policy, and Law, 27*(3), 370–386. http://dx.doi.org/10.1037/law0000307

McCallum, K. E. & **Gowensmith, W. N.** (2020). The role of forensic evaluations in the criminalization of mental illness. In S. Stahl & K. Warburton (Eds.), *Decriminalizing Mental Illness.* Cambridge University Press.

McCallum, K., & **Gowensmith, W. N.** (2020). Tipping the scales of justice: The role of forensic evaluations in the criminalization of mental illness. *CNS Spectrums, 25*(2), 154-160. doi:10.1017/S1092852919001275

Brooks Holliday, S., Pace, N. M., **Gowensmith, W. N.,** Packer, I., Murrie, D., Virani, A., Han, B., & Hunter, S. B. (2020). *Estimating the Size of the Los Angeles County Jail Mental Health Population Appropriate for Release into Community Services.* Santa Monica, CA: RAND Corporation.

William Neil Gowensmith, Ph.D.                                                                                                828-738-6694
neil.gowensmith@gmail.con

Pillay, A. L., **Gowensmith, W. N.**, & Banks, J. M. (2019). Towards the development of a forensic psychology training curriculum in South Africa. *South African Journal of Psychology*, 0081246319879291.

**Gowensmith, W. N.** & Murrie, D. M. (January 28, 2019). *Groundswell response to CDHS plan*. (United States Federal Court District of Colorado, Civil Action No. 11-cv-02285-NYW).

**Gowensmith, W. N.** and McCallum, K. E. (2019). Mirror, mirror on the wall, who's the least biased of them all? Dangers and potential solutions regarding bias in forensic psychology evaluations. South African Journal of Psychology, 1-12. doi: 0081246319835117

**Gowensmith, W. N.** (2019). Resolution or resignation: The role of forensic mental health professionals amidst the competency services crisis. *Psychology, Public Policy, and Law, 25(1)*, 1-14. doi: 10.1037/law0000190

**Gowensmith, W. N.** (2018). Thrills, chills, and social justice in forensic psychology. *Psychotherapy Bulletin, 53*, 32-36. https://societyforpsychotherapy.org/thrills-chills-and-social-justice-in-forensic-psychology/?utm_source=Test+List&utm_campaign=4bbf599f77-EMAIL_CAMPAIGN_2018_05_08_COPY_02&utm_medium=email&utm_term=0_1120201d21-4bbf599f77-180264709

**Gowensmith, W. N.,** Murrie, D. M., & Packer, I. K. (June 30, 2018). *Updated implementation plan for outpatient competency restoration*. (State of Washington's Department of Social and Health Services).

**Gowensmith, W. N.,** Murrie, D. M., & Packer, I. K. (May 25, 2017). *Implementation plan for outpatient competency restoration*. (State of Washington's Department of Social and Health Services).

**Gowensmith, W. N.** & Robinson, K. P. (2016). Fitness to stand trial evaluation challenges in the United States: Some comparisons with South Africa. South African Journal of Psychology, 47, 1-11. doi: 10.1177.0081246316673523

**Gowensmith, W. N.,** Peters, A., Lex, I. A. S., Heng, A., Robinson, K., & Huston, B. (2016). New frontiers for conditional release: Applying lessons learned from other offenders with mental illness. Behavioral Sciences & the Law, 34, 407-422. doi: 10.1002/bsl.2217.

**Gowensmith, W. N.,** Frost, L. E., Speelman, D. W., & Therson, D. E. (2016). Lookin' for beds in all the wrong places: Outpatient competency restoration as a promising approach to modern challenges. Psychology, Public Policy, and Law, 22(3), 293-305. doi: 10.1037/law0000088

**Gowensmith, W. N.,** Murrie, D. M., Boccaccini, M. T., McNichols, B. J. (2016). Field reliability influences field validity: Risk assessments of individuals found not guilty by reason of insanity. Psychological Assessment, 29(6), 786-794. doi: 10.1037/pas0000376

**Gowensmith, W. N.,** Sessarego, S. M., McKee, M., Horkott, S., MacLean, N., & McCallum, K. E. (2016). Diagnostic field reliability in forensic mental health evaluations. Psychological Assessment, 29(6), 692-700. doi: 10.1037/pas0000425

Eddy, T., Gorgens, K., Meyer, L., Dettmer, J., & **Gowensmith, W.N.** (2015). Traumatic Brain Injury and Traumatic History. The Colorado Psychologist, 6, 6-7.

Acklin, M.W., Fuger, K., & **Gowensmith, W. N.** (2015). Examiner agreement and judicial consensus in forensic mental health evaluations. Journal of Forensic Psychology Practice, 15, 318-343. doi: 10.1080/15228932.2015.1051447

**Gowensmith, W. N.,** Pinals, D. A. & Karas, A. (2015). States' standards for training and certifying evaluators of competency to stand trial. Journal of Forensic Psychology Practice, 15, 295-317. doi: 10.1080/15228932.2015.1046798

**Gowensmith, W. N.** (2015). The best possible outcome of the Holmes insanity trial. The Colorado Psychologist, 6-8.

**Gowensmith, W. N.,** Murrie, D. M., & Packer, I. K. (2015). *Report in response to the Trueblood v. State Washington's Department of Social and Health Services.* (Office of Attorney General, State of Washington).

**Gowensmith, W. N.,** Murrie, D. M., & Packer, I. K. (2014). *Forensic mental health consultant review final report*. (State of Washington's Department of Social and Health Services).

**Gowensmith, W. N.,** Bryant, A. & Vitacco, M. (2014). Decision-making in post-acquittal hospital release: How do forensic evaluators make their decisions? Behavioral Sciences & the Law, 32, 596-607. doi: 10.1002/bsl.2135

McCallum, K. E., MacLean, N., & **Gowensmith, W. N.** (2014). The impact of defendant ethnicity on the psycho-legal opinion of forensic evaluators. International Journal of Law and Psychiatry, 39, 6-12. Doi: 10.1016/j.ijlp.2015.01.015

Fuger, K.D., Acklin, M. W., Nguyen, A. H., Ignacio, L. A., & **Gowensmith, W. N.** (2014). Quality of criminal responsibility reports submitted to the Hawaii judiciary. International Journal of Law and Psychiatry, 37, 272-280. doi: 10.1016/j.ijlp.2013.11.020

**Gowensmith, W. N.,** Murrie, D. M., & Boccaccini, M. T. (2013). Forensic Mental Health Evaluations: Reliability, Validity, Quality, and Other Minor Details. The Jury Expert, 25, 1-8.

**Gowensmith, W. N.,** Murrie, D. M., & Boccaccini, M. T. (2012). How reliable are forensic evaluations of legal sanity? Law and Human Behavior, 37, 98-106. doi: 10.1037/lhb0000001

**Gowensmith, W. N.** (2012, winter). Are competency evaluators competent? American Psychology-Law Society Newsletter, 16-19.

Nguyen, A. H., Acklin, M. W., Fuger, K., **Gowensmith, W. N.,** Ignacio, L. A., & Low, S. (2011). Freedom in paradise: Quality of conditional release reports submitted to the Hawaii judiciary. International Journal of Psychiatry and Law, 34, 341-348. doi: 10.1016/j.ijlp.2011.08.006.

William Neil Gowensmith, Ph.D.                                                                                   828-738-6694

neil.gowensmith@gmail.con

**Gowensmith, W. N.**, Murrie, D. M., & Boccaccini, M. T. (2011). Field reliability of competency to stand trial evaluations: How often do evaluators agree, and what do judges decide when evaluators disagree? <u>Law and Human Behavior, 36,</u> 130-139. doi: 10.1037/h0093958.

Deffenbacher, J.L., Dahlen, E.R., Lynch, R.S., Morris, C.D., & **Gowensmith, W. N.** (2000). An application of Beck's cognitive therapy to general anger reduction. <u>Cognitive Therapy and Research, 24,</u> 689-697.

**Gowensmith, W. N.,** & Bloom, L. J. (1997). The effects of heavy metal music on anger and arousal. <u>The Journal of Music Therapy, 34,</u> 33-45.

## OTHER PROFESSIONAL ACTIVITIES

**Mental Health, Law, and Policy Institute, Simon Fraser University:** Member

**University of Alabama Graduate Faculty:** Affiliate Member, 2021-2024

**Associate of Behavioral Medicine, University of Kwa-Zulu Natal:** Member 2017 – present

**Health Professions' Council of South Africa (Professional Board for Psychology) Task Team on Forensic Psychology Registration and Training:** External consultant, 2016 – present

**Invited Advisor, US Substance Abuse and Mental Health Service Administration's Taskforce on Forensic Mental Health:** 2017 – present

**Board Member, Behavioral Sciences & the Law Journal:** 2017 – present

**18th Judicial District's Clinical Advisory Committee:** 2016 – present

**Consultation with the State of Washington's Department of Health and Human Services and the State of Washington's Office of the Attorney General:** 2014 - present

***Trueblood v Washington State Department of Health and Human Services:*** Defendant expert witness, 2015

**American Psychology-Law Society:** National conference advisory committee member 2014-2017

**Committee to increase reimbursement rates for forensic mental health evaluators in Colorado:** Committee member, 2013-2015

**State of Colorado Jail-based Competency Restoration Program Development:** Member 2012

**American Psychology-Law Society:** National conference dissertation review committee member 2010-2013

**National Association of State Mental Health Program Directors, Forensic Div.:** Vice President 2010-2013; State of Hawaii Designee 2006-2011; Representative 2011-2015

**Mental Health Transformation State Incentive Grant:** Vice Chair, Criminal Justice Taskgroup 2006-2011

**Hawaii Mental Health and the Law Taskforce:** Standing member 2007-2011

**Senate Committee Resolution #117 Legislative Taskforce:** Forensic mental health designee 2007-2008

William Neil Gowensmith, Ph.D.                                                                                                        425-738-6694
neil.gowensmith@gmail.con

## GRANTS
### Lead author:

**Faculty Research Fund (2017-19, $2910).** *University of Denver*: Conduct research examining base rate cognitive and psychological profiles for individuals sentenced as juveniles to life without parole.

**Internationalization Grant (2016-18, $30,000 / 3 years).** *University of Denver:* Develop a working research relationship with the University of Kwa-Zulu Natal in the fields of forensic mental health and competency to stand trial.

**Public Good Fund (January 2017, $8464 / 1 year).** *University of Denver:* Photovoice project with the College Gateway Program at Red Rocks Community College, a community re-entry program designed for recently released ex-offenders in Colorado.

**Public Good Fund (January 2014, $15,000 / 1 year).** *University of Denver:* marketing plan for the College Gateway Program at Red Rocks Community College, a community re-entry program designed for recently released ex-offenders in Colorado.

**Internationalization Grant (November 2014, $5000 / 1 year).** *University of Denver:* Develop a working research relationship with Simon Fraser University and University of British Columbia in the fields of violence risk assessment and reduction.

**Incorporation of Trauma and Violence Against Women Assessment into a Community Mental Health Clinic (January 2013, $2500 / 9 months).** *Federal Office on Women's Health:* updated and trained university-based community clinic on current strategies for assessing histories of trauma and victimization in potential female clients.

**Public Good Fund (September 2011, $9000 / 1 year).** *University of Denver:* conducted program evaluation of the College Gateway Program at Red Rocks Community College, a community re-entry program designed for recently released ex-offenders in Colorado.

**Sequential Intercept Model Research (October 2010, $65,000 / 2 years).** *Federal State Block Grant (SAMHSA):* hires research assistants to develop and implement a research program focused on program evaluation of inter-agency systems of care among mental health and criminal justice agencies throughout the state of Hawaii.

**East Hawaii Drug Court Evaluation (October 2010, $36,500 / 1 year).** *Federal State Block Grant (SAMHSA):* hires a research assistant to perform program evaluation on innovative court program, in partnership with the judiciary.

**Maui County Police Training and Forensic Services Implementation (October 2010, $90,000 / 2 years).** *Federal State Block Grant (SAMHSA):* Trains local police officers in Crisis Intervention Training, and provides funding for transition services for mentally ill offenders leaving correctional facilities or local hospitals. Developed in partnership with county police department, mental health providers, and the judiciary.

William Neil Gowensmith, Ph.D.                                                                       123-738-6694
neil.gowensmith@gmail.con

**Pre-doctoral Forensic Internship (August 2009, $270,000 / 2 years***).  Justice Assistance Grant through the U.S. Department of the Attorney General:* funds the implementation of a post-doctoral psychology internship as well as implementation of key forensic and criminogenic programs and trainings.

**Pre-booking Jail Diversion (June 2009, $300,000 / 2 years).** *Justice Assistance Grant through the U.S. Department of the Attorney General:* hires, trains and places multiple psychiatric nurses in police pre-adjudication cellblock.

**Translational and Outcome Research on Forensic Programs and Services (September 2009, $20,000 / 1 year).** *Federal State Block Grant (SAMHSA):* funds implementation of implementation science research to assess viability and outcomes associated with new forensic programs implemented across multiple agencies.

**Forensic Licensed Crisis Residential Shelter (September 2009, $40,000 / 1 year).** *Federal State Block Grant (SAMHSA):* funds planning of a 4-bed unit to be created to provide service and shelter to forensic consumers in crisis, either pre-trial or post-acquittal.

**Forensic Examiners and Forensic Professionals Training (September 2008, 2009, 2010, $135,000 / 4 years).** *Federal State Block Grant (SAMHSA):* funds forensic trainings and collection of forensic resource materials to ensure workforce development.


**Contributing or co-author:**

**Evaluation of MHCD's Colorado Second Chance Housing and Reentry Program (C-SCHARP) (September 2015, $44,342 / 1 year).** The Mental Health Center of Denver: Provided technical assistance in the preparation of the grant proposal. The grant proposal was successful.

**Traumatic Brain Injury Screening and Training Project (June 2013, $1,500,000 / 3 years).** Office of Behavioral Health, HRSA: Partner on grant designed to screen and treat inmates with traumatic brain injury throughout seven sites in Colorado. Specific responsibility for training correctional staff, mental health staff, civil staff, and inmates about recognizing and coping with traumatic brain injury.

**Walton Family Foundation Bilingual Certificate Program (January 2014, $450,000 / 3 years).** *University of Denver:* Partner on grant creating a bilingual mental health certificate program to include international exchange with Spanish-speaking countries and an on-line bilingual mental health certificate program.

**Front End Users Grant (January 2014, $18,000 / 1 year).** *City and County of Denver:* Jail-based and community-based assessment of criminogenic and clinical needs of frequent users of mental health and emergency services in Denver, CO.

## PRESENTATIONS
### Peer-reviewed presentations:

Stewart, H. J., Kois, L. E., White, C., McDowell, L., Cox, J., & **Gowensmith, W. N.** (2023, March 16–18). Understanding competency restoration practice and process through meta-analysis: What is it, who benefits, and how long does it take? In L. Kois (Chair), *New meta-analytic research to inform competency to proceed "crisis" practice and policy* [Symposium]. American Psychology-Law Society Annual Conference, Philadelphia, PA, United States.

Francis, J. M., Varela, J. G., Boccaccini, M. T., **Gowensmith, W. N.**, & Crosby, J. W. (2023, March). Predictors of unfavorable outcomes in competency restoration [paper presentation]. Annual Meeting of the American Psychology-Law Society, Philadelphia, PA, United States.

Murrie, D.C., & **Gowensmith, W. N.** (2022, March). Strategies to address the competency crisis: The Colorado example. In L.E. Kois (Chair), *Fresh Approaches to Understanding and Addressing the United States' (In)Competency "Crisis"* [Symposium]. Annual Meeting of the American Psychology-Law Society, Denver, CO, United States.

Richelson, S., Pogue, A., **Gowensmith, W. N.**, & Murrie, D. C. (September, 2021). Competency services in Colorado: Unraveling the process. Symposium at the Colorado Virtual Judicial Conference, online format.

Callahan, L., Pinals, D., **Gowensmith, W. N.,** Compton, L. (May, 2021). Exploring models of community-based competency restoration. Symposium at National Council for Behavioral Health conference, online format.

Kanani, H., McCarver, K., Unger, L., & **Gowensmith, W. N.** (March, 2021). Participant outcomes and experiences in a wellness court program during COVID-19. Poster presentation at the 2021 annual meeting of the American Psychology-Law Society, online format.

Fonzi, L., Lodovic, J., Robles, K., Tuder, S., **Gowensmith, W. N.**, Batastini, A. B., & Vitacco, M. J. (March, 2021). Perceived credibility of social media as a collateral source in forensic evaluations. Poster presentation at the 2021 annual meeting of the American Psychology-Law Society, online format.

Darby, C., Griffith, E., Martinez, R., Weinstock, R., & **Gowensmith, W. N.** (October, 2020). Can we overcome our biases to reach an objective opinion? Symposium at the 2021 annual meeting of the American Academy of Psychiatry and Law, online format.

**Gowensmith, W. N.** & McCallum, K. E. (March, 2020). Monitoring bias with a handheld mobile app. Paper presentation at the 2020 annual meeting of the American Psychology-Law Society, New Orleans, LA.

**Gowensmith, W. N.** & Murrie, D. C. (March, 2020). Promising approaches to competency restoration: CO's placement and triage system. Paper presentation at the 2020 annual meeting of the American Psychology-Law Society, New Orleans, LA.

**Gowensmith, W. N.** (March, 2019). Case Rate: Using a new app to track forensic evaluation outcomes. Paper

presentation at the 2019 annual meeting of the American Psychology-Law Society, Portland, OR.

Brooks-Holiday, S., Appel, O., Giallella, C., Longtin, J, & **Gowensmith, W. N.** (March, 2020). Shaping diversion through law, policy, and data. Symposium at the 2020 annual meeting of the American Psychology-Law Society, New Orleans, LA.

Fahlbusch, K., **Gowensmith, W. N.** & Gowensmith, D. M. (March, 2020). Outcomes from a university-based outpatient competency restoration program. Paper presentation at the 2020 annual meeting of the American Psychology-Law Society, New Orleans, LA.

Gardner, B., Tomascak, D., Murrie, D. C, & **Gowensmith, W. N.** (March, 2020). Disproportionate impact of misdemeanants on forensic mental health services. Symposium at the 2020 annual meeting of the American Psychology-Law Society, New Orleans, LA.

McDermott, B., Warburton, K., Hughes, G. & **Gowensmith, W. N.** (March, 2020). The IST crisis: Are jail-based restoration programs the solution? The California experience. Symposium at the 2020 annual meeting of the American Psychology-Law Society, New Orleans, LA.

Tassin, C., Janicke, K., & **Gowensmith, W. N.** (March, 2020). Crisis Intervention Team (CIT) training and its effects on law enforcement officers. Data blitz presentation at the 2020 annual meeting of the American Psychology-Law Society, New Orleans, LA.

Azama, C., Kanani, H, Roberts, H. & **Gowensmith, W. N.** (March, 2020). Predicting outcomes of a wellness court program. Paper presentation at the 2020 annual meeting of the American Psychology-Law Society, New Orleans, LA.

McCallum, K. E., **Gowensmith, W. N.**, & Azama, C. (March, 2020). Monitoring potential bias w/ a handheld mobile app. Paper presentation at the 2020 annual meeting of the American Psychology-Law Society, New Orleans, LA.

Wolbransky, M., **Gowensmith, W. N.**, Kemp, K., Torres, A, & Meissner, A. (March, 2020). Influencing policy: Varied lives of policy work. Symposium at the 2020 annual meeting of the American Psychology-Law Society, New Orleans, LA.

**Gowensmith, W. N.,** McCallum, K. E., Jennings, M., & Johnson, C. (March, 2019). Monitoring potential bias within a forensic evaluation agency. Paper presentation at the 2019 annual meeting of the American Psychology-Law Society, Portland, OR.

Davies, E., Hauglid, L., **Gowensmith, W. N.,** & Meyer, L. (March, 2019). Criminogenic risk factors in the Denver County Wellness Court Population. Paper presentation at the 2019 annual meeting of the American Psychology-Law Society, Portland, OR.

**Gowensmith, W. N.,** Alexander, A. A., Harvey, C., and Manguno-Mire, G. (March, 2019). Outpatient competency restoration: Development and outcomes from three major programs. Symposium at the 2019 annual meeting of the American Psychology-Law Society, Portland, OR.

Bryson, C. N, Boccaccini, M. T., **Gowensmith, W. N**., Reinhard, E., & Holdren, S. (March, 2019). Does time matter in competency to stand trial evaluations? Paper presentation at the 2019 annual meeting of the American Psychology-Law Society, Portland, OR.

**Gowensmith, W. N.**, Candilis, P. J., Johnson, N., & Morel, J. (October, 2018). Outpatient competency restoration programs: A national overview. Paper presentation at the annual meeting of the American Academy of Psychiatry and Law, Austin, TX.

Potts, H. M., Smith, K. P., Meyer, L. J., **Gowensmith, W. N.,** Alexander, A. A. (2018, October). Evaluating treatment needs for non-offending men with pedophilic sexual attractions. Data blitz presentation at the Association for the Treatment of Sexual Abusers annual conference, Kansas City, MO.

**Gowensmith, W. N.**, Candilis, P. J., Morel, J. Kruh, I. P., Alkema, A., Swensen, K., & Graf, A. (March, 2018). Outpatient competency restoration programs: Updates on the hows, wheres, and whos. Paper presentation at the annual meeting of the American Psychology-Law Society, Memphis, TN.

**Gowensmith, W. N.**, Smith, K. P., & Yeager, K. N. (March, 2018). Monitoring one's personal bias in forensic evaluation: A how-to guide. Paper presentation at the annual meeting of the American Psychology-Law Society, Memphis, TN.

Gowensmith, D. M., **Gowensmith, W. N.**, Osentoski, K. D., Blackmond, L. N., & Nowrouzi, E. M. (March, 2018). Returning citizens through a different lens. Paper presentation at the annual meeting of the American Psychology-Law Society, Memphis, TN.

Bryson, C. N., Boccaccini, M. T., **Gowensmith, W. N.,** Laxton, K. L., Mattos, L., Reinhard, E., Holdren, S., & Lawrence, J. (March, 2018). Time matters in competency to stand trial evaluations. Poster presentation at the annual meeting of the American Psychology-Law Society, Memphis, TN.

Patin, H. R., Pait, O. R., **Gowensmith, W. N.,** & Meyer, L. J. (March, 2018). Jurors' perceptions of juvenile sex offenders. Poster presentation at the annual meeting of the American Psychology-Law Society, Memphis, TN.

Winn, C. B., **Gowensmith, W. N.**, Mandeville, S. R., Ray, K. F., Jay, A. P., & Meyer, L. J. (March, 2018). Validation of risk-need-responsivity assessment measures. Paper presentation at the annual meeting of the American Psychology-Law Society, Memphis, TN.

Potts, H. M., **Gowensmith, W. N.**, Martinez, R., Gray, B. T., Meyer, L. J., Patin, H. R., & Schultz, P. D. (March, 2018). Mandated video recording of legal sanity evaluations. Paper presentation at the annual meeting of the American Psychology-Law Society, Memphis, TN.

Druhn, N., **Gowensmith, W. N.**, Patin, H. R., & Murrie, D. M. (March, 2018). A survey of forensic psychology postdoctoral programs. Paper presentation at the annual meeting of the American Psychology-Law Society, Memphis, TN.

Meyer, L. J., **Gowensmith, W. N.**, Montalvo, J., Patin, H. R., Pegher, K., Yeager, K. N., & Tedeschi, P. (March, 2018). Development of the Animal Abuse Risk Assessment Tool. Poster presentation at the

annual meeting of the American Psychology-Law Society, Memphis, TN.

**Gowensmith, W. N.** (2017, July). Decision-making in post-insanity acquittal conditional release evaluations. Paper presentation at the International Association of Law and Mental Health, Prague, Czech Republic.

Faulbusch, K., **Gowensmith, W.N.**, & Meyer, L. (2017, March). Probation compliance and gender. Poster presented at the 2017 annual meeting of the American Psychology – Law Society, Seattle, WA.

**Gowensmith, W. N.,** Lichton, A., & McNichols, B. J. (2016). Forensic evaluation research: Is it actually helpful to clinical practice? Presentation at the 2016 Hawaii Psychological Association Annual Conference, Honolulu, HI.

**Gowensmith, W. N.** & Henderson-Metzger, L. (2016). Toward Cultural Competence in Forensic Clinical Training: A Dialogue. Presentation at the 2016 Hawaii Psychological Association Annual Conference, Honolulu, HI.

**Gowensmith, W. N.** (2016, August). Translating knowledge into action and action into outcomes – Models of service-learning training. Symposium at the 123nd annual meeting of the American Psychological Association, Denver, CO.

Davis, T.M., Smith-Acuña, S., Nadkarni, L., **Gowensmith, W. N.**, Sturm, S., Anderson, L., Ross, K., & Walton, S. (August 2016). Formation of the DU graduate Sturm specialty in military psychology.  Symposium at the 123nd annual meeting of the American Psychological Association, Denver, CO.

**Gowensmith, W. N.** (2016, May). Mental illness and the courts: Myths, misconceptions, and…hope? Paper presented at the Colorado Collaborative Justice Conference, Denver, CO.

Smith, B. N., Meyer, L., **Gowensmith, W.N.**, & Nadkarni, L. (2016, March). Program Evaluation: Addiction Severity Index (ASI). Paper presented at the 2016 annual meeting of the American Psychology – Law Society, Atlanta, GA.

Eddy, T., Gorgens, K., Meyer, L., Dettmer, J., & **Gowensmith, W.N.** (2016, March). Traumatic Brain Injury and Traumatic History. Paper presented at the 2016 annual meeting of the American Psychology – Law Society, Atlanta, GA.

**Gowensmith, W. N.,** Metroz, H., & Bratcher, J. (2016, March). The impact of timing on competency to stand trial evaluations. Paper presented at the 2016 annual meeting of the American Psychology – Law Society, Atlanta, GA.

**Gowensmith, W. N.,** Bratcher, J., & Metroz, H. (2016, January). The impact of timing on competency to stand trial evaluations. Paper presentation at the 2016 University of Denver Research Summit, Denver, CO.

Eddy, T., Gorgens, K., Meyer, L., Dettmer, J., & **Gowensmith, W.N.** (2016, January). Traumatic Brain Injury and Traumatic History. Paper presentation at the 2016 University of Denver Research Summit, Denver, CO.

William Neil Gowensmith, Ph.D.                                                                      828-738-6694

neil.gowensmith@gmail.con

Smith, B. N., Meyer, L., **Gowensmith, W.N.**, & Nadkarni, L. (2016, January). Program Evaluation: Addiction Severity Index (ASI). Paper presentation at the the 2016 University of Denver Research Summit, Denver, CO.

Nadkarni, L., Meyer, L. A., **Gowensmith, W. N.**, & Gorgens, K. (2015, August). The psychological impact of animals in the lives of three diverse, global populations. Symposium at the 123[nd] annual meeting of the American Psychological Association, Toronto, Canada.

**Gowensmith, W. N.**, Meyer, L., & Robinson, K. (2015, August). The applicability of traditional risk assessment measures to a chronically homeless population. Paper presentation at the 123[nd] annual meeting of the American Psychological Association, Toronto, Canada.

**Gowensmith, W. N.**, Laub, C., & Nadkarni, L. (2015, May). Denver's Recovery Court and the PHASE Programs. Paper presentation for the 2015 meeting of the Colorado Collaborative Justice Conference, Denver, CO.

**Gowensmith, W. N.**, Lachman, C., & Coles, J. (2015, May). The College Gateway Program: A successful application of the RNR model in a community re-entry program. Panel presentation for the 2015 meeting of the Colorado Collaborative Justice Conference, Denver, CO.

**Gowensmith, W. N.**, Sledd, M, & Sessarego, S. (2015, March). The impact of stringent certification standards on forensic evaluator reliability: Further analysis. Paper presentation for the 2015 annual meeting of the American Psychology – Law Society, San Diego, CA.

Hanson, L., & **Gowensmith, W. N.** (2015, March). The effects of gender, sexual orientation, and diagnostic categories on jurors in sex offense cases. Poster presentation for the 2015 annual meeting of the American Psychology – Law Society, San Diego, CA.

Galen, K., Weitenheller, D., & **Gowensmith, W. N.** (2015, March). Jail-based competency restoration: A successful case study. Paper presentation for the 2015 annual meeting of the American Psychology – Law Society, San Diego, CA.

**Gowensmith, W. N.**, Sledd, M, & Sessarego, S. (2014, August). The impact of stringent certification standards on forensic evaluator reliability. Paper presentation at the 122nd annual meeting of the American Psychological Association, Washington, DC.

**Gowensmith, W. N.** & Tassin, A. (2014, March). Courts, cops, clinicians and community corrections: Differences in understanding violence risk in the mentally ill. Paper presentation at the annual meeting of the American Psychology-Law Society, New Orleans, LA.

Therson, D., Speelman, D. & **Gowensmith, W. N.** (2014, March). Adult outpatient competency restoration: Results from a nationwide survey. Paper presentation at the annual meeting of the American Psychology-Law Society, New Orleans, LA.

William Neil Gowensmith, Ph.D.                                                                                           828-738-6694
                                                                                                          neil.gowensmith@gmail.con

Bryant, A., **Gowensmith, W. N.**, & Vitacco, M. J. (2014, March). Decision-making in post-acquittal hospital release: How do forensic evaluators make their decisions? Paper presentation at the annual meeting of the American Psychology-Law Society, New Orleans, LA.

Karas, A., **Gowensmith, W. N.**, & Pinals, D. A. (2014, March). States' standards for training and certifying evaluators of competency to stand trial. Paper presentation at the annual meeting of the American Psychology-Law Society, New Orleans, LA.

Jul, E., **Gowensmith, W. N.,** Ignacio, L.A., & Tanji, J. (2014). Perceptions of Violence Risk Factors Amongst Judges Working with Criminal Offenders with Mental Illness. Unpublished manuscript, Argosy University, Honolulu, HI.

**Gowensmith, W. N.** & McNichols, B. J. (2013, August). Decisions, decisions: insanity acquittees, hospital discharge, and the forensic evaluator. Paper presentation at the 121st annual meeting of the American Psychological Association, Honolulu, HI.

**Gowensmith, W. N.,** Skeem, J. L, & McNichols, B. J. (2013, March). Specialty community supervision practices for insanity acquittees: How well do they work? Paper presentation at the annual meeting of the American Psychology-Law Society, Portland, OR.

Nassab, N., McCallum, K. E., & **Gowensmith, W. N.** (2013, March). Reliability of diagnoses in forensic evaluation. Paper presentation at the annual meeting of the American Psychology-Law Society, Portland, OR.

Purta, M., McCallum, K. E., Nassab, N., & **Gowensmith, W. N.** (2013, March). Consistency of violence risk prediction across professional disciplines. Paper presentation at the annual meeting of the American Psychology-Law Society, Portland, OR.

**Gowensmith, W. N.,** Musgrove, L., Muller, K., & Henry, K. (2013, March). The College Gateway Program: Case study of a successful offender re-entry program. Poster presentation at the annual meeting of the American Psychology-Law Society, Portland, OR.

Nadkarni, L., Gorgens, K., Henderson-Metzger, L. & **Gowensmith, W. N.** (2012, August). Does this ivory tower have a changing table? Managing multiple roles and identities in a professional graduate program. Roundtable presentation at the 120th meeting of the American Psychological Association, Orlando, FL.

**Gowensmith, W. N.,**  McCallum, K. & Nassab, N. (2012, August). Does a defendant's ethnicity impact the psycholegal opinion of a forensic expert witness? Paper presentation at the 120th meeting of the American Psychological Association, Orlando, FL.

**Gowensmith, W. N.,** McNichols, B. J., Bauer-Smith, B., & Dolder, S. (2012, June). New dawn or new nightmare? The impact of new mental health legislation in Hawaii. Roundtable presentation at the meeting of the Law and Society Association, Honolulu, HI.

Kemp, K., **Gowensmith, W. N**, Boccaccini, M. T., & Murrie, D. C. (2012, March). Predictors of competency to stand trial opinions in 1,318 evaluations of Hawaiian defendants. In L. Kois (Chair), Multicultural

considerations in competence to stand trial evaluations. Symposium accepted for presentation at the meeting of the American Psychology Law Society, San Juan, PR.

**Gowensmith, W. N.,** Murrie, D. & Boccaccini, M. (2011, March). Evaluator agreement in assessing violence risk and need for hospitalization. Paper presentation at the American Psychology-Law Society Conference (Miami, FL).

**Gowensmith, W. N.** & Frost, L. (2011, March). Outpatient competency restoration: Promising results from a new frontier. Paper presentation at the American Psychology-Law Society Conference (Miami, FL).

McNichols, B., **Gowensmith, W. N.** & & Jul, E. (2011, March). Forensic evaluators and conditional release evaluations: Is evaluator agreement of CR readiness related to longer community tenure? Paper presentation at the American Psychology-Law Society Conference (Miami, FL).

McNichols, B., Jul, E., & **Gowensmith, W. N.** (2011, March). Conditional release in the state of Hawaii: A qualitative and quantitative analysis. Poster presentation at the American Psychology-Law Society Conference (Miami, FL).

McNichols, B., Jul, E., & **Gowensmith, W. N.** (2010, October). Is conditional release working in the state of Hawaii? Rehospitalization and recidivism rates for insanity acquittees. Poster presentation at the Hawaii Psychological Association Conference (Honolulu, HI).

**Gowensmith, W. N.,** Murrie, D. & Boccaccini, M. (2010, August). How reliable are forensic evaluations? Evaluator agreement in sanity evaluations. Paper presentation at the American Psychological Association Conference (San Diego, CA).

**Gowensmith, W. N.,** Murrie, D. & Boccaccini, M. (2010, March). How reliable are forensic evaluations? Evaluator agreement in competency to stand trial evaluations. Paper presentation at the American Psychology-Law Society Conference (Vancouver, Canada).

**Gowensmith, W. N.** & Frost, L. (2010, March). Outpatient competency restoration: State of the practice for juvenile and adult restoration. Paper presentation at the American Psychology-Law Society Conference (Vancouver, Canada).

Miller, R., **Gowensmith, W. N.,** Cunningham, S., & Bailey-Smith, K. (2009, October). Community-Based Treatment to Restore Competency to Stand Trial. Symposium conducted at National Association of State Mental Health Directors Forensic Division National Conference (Virginia Beach, VA).

Morris, J., Pinals, D., Griffin, P., & **Gowensmith, W. N.** (2009, October). National Jail Diversion Options. Symposium conducted at National Association of State Mental Health Directors Forensic Division National Conference (Virginia Beach, VA).

**Gowensmith, W. N.** (2009, April). Evidence-Based Assessment of Dangerousness. Paper presented at Best Practices in Forensic Mental Health: Responsibility and Recovery in the Legal System (Honolulu, HI).

Polokoff, R., Steffen, J., **Gowensmith, W. N.** (2009, April). Analysis of the Conditionally Released Population in Hawaii. Poster at the Forensic Mental Health: Responsibility and Recovery in the Legal System Conference, (Honolulu, HI).

Ehrhorn, E., & **Gowensmith, W. N.** (2009, April). Outcomes of the CREST (Conditional Release Exit and Support Transition) Program. Poster at the Forensic Mental Health: Responsibility and Recovery in the Legal System Conference, (Honolulu, HI).

Gundaya, D., Steffen, J., **Gowensmith, W. N.,** & Crisanti, A. (2009, April). Forensic Involvement and Victimization Among AMHD Consumers. Poster at the Forensic Mental Health: Responsibility and Recovery in the Legal System Conference, (Honolulu, HI).

**Gowensmith, W. N.** (2008, October). Current Practices in Assessment of Competency. Symposium (Chair), Hawaii Forensic Examiner Training (Honolulu, HI with statewide video-teleconferencing).

**Gowensmith, W. N.** (2008, March). The Conditional Release Program in Hawaii: Successes and Challenges. Paper presented at the National GAINS Center Conference (Washington, D.C.).

**Gowensmith, W. N.** & Pedro, D. (2008, March). Specialized Forensic Programs in Hawaii: Hale Imua and Community-Based Competency Restoration. Symposium conducted at National GAINS Center Conference (Washington, D.C.).

**Gowensmith, W. N.** (2008, February). Overview of Forensic Mental Health. Invited presentation for International Public Health course offered by the University of Hawaii at Manoa (videoconferencing to Hawaii and several Pacific Island nations).

**Gowensmith, W. N.** (2007, September). The Big Kahuna: The Conditional Release Program in Hawaii. Symposium conducted at National Association of State Mental Health Program Directors Forensic Division National Conference (San Antonio, Texas).

**Gowensmith, W. N.** (2007, September). Effectiveness and Future Directions for Forensic Mental Health. Symposium conducted at State of Hawaii Forensic Examiner Training Conference (Honolulu, HI).

**Gowensmith, W. N.** (2007, January – April). Reducing Risk for Violence in Mentally Ill Offenders. Trainings and consultations to judiciary staff, mental health providers, housing providers, correctional staff, and police. (Statewide, Hawaii).

**Gowensmith, W. N.** (2007, January). Forensic Services in Hawaii. Presentation to Senate Committee 117 Task Force of the Hawaii State Legislature (Honolulu, HI).

**Gowensmith, W. N.** (2006, December). The Intersection of Adult Mental Health and the Criminal Justice System on Oahu. Presentation to Senate Committee 117 Task Force of the Hawaii State Legislature (Honolulu, HI).

**Gowensmith, W. N.** (2006, April). The Conditional Release Process. Symposium conducted at Hawaii Forensic Examiner Training Conference (Honolulu, HI).

**Gowensmith, W. N.** (2001, 2002, 2003, Summers). Psychology, Racism, and Peace-building. Trainings and consultations for South Africa Community Fund (Cape Town, South Africa).

Deffenbacher, J., Dahlen, E., Lynch, R., Morris, C. & **Gowensmith, W. N.** (1998, August). Application of Beck's cognitive therapy to general anger reduction. Paper presented at the American Psychological Association conference (San Francisco, CA).

## Invited Presentations:

**Gowensmith, W. N.** (October 2021). Evaluation of fitness to stand trial. Invited presentation to the Psychological South African Association annual conference (online).

**Gowensmith, W. N.**, Murrie, D. M., Richelson, S., & Pogue, A. (September, 2021). Competency services in Colorado: Unraveling the process. Invited presentation to the Colorado Judicial Conference (online).

**Gowensmith, W. N.** (2021, March). Mirror, mirror on the wall: Who's the least biased of them all? Invited presentation for the University of Massachusetts Medical School (virtual).

**Gowensmith, W. N.** (2017, September). Challenges and solutions in forensic psychology. Invited presentation at the Pan-African Psychology Union Congress (Durban, South Africa).

**Gowensmith, W. N.** (2016, September). Bias in forensic evaluation. Invited presentation at the Annual Forensic Examiners Training Conference (Denver, CO).

**Gowensmith, W. N.**, Murrie, D. M., & Gallagher, J. A. (2016, August). Threats to reliability in forensic evaluation. Invited symposium at the $123^{nd}$ annual meeting of the American Psychological Association, Denver, CO.

**Gowensmith, W. N.** (2016, July). Comparisons and contrasts in the forensic mental health systems between the USA and the Republic of South Africa. Invited presentation for the University of Kwa-Zulu Natal's Medical School (Durban, South Africa).

**Gowensmith, W. N.** (2016, July). Forensic evaluation: Reliability, validity, quality, and other minor details. Invited presentation for Ft. Napier State Hospital and the Kwa-Zulu Natal Department of Health (Pietermaritzburg, South Africa).

**Gowensmith, W. N.** (2016, March). Suicide and violence risk prediction. Invited keynote presentation for the Colorado Association of Social Workers (Denver, CO).

**Gowensmith, W. N.** (2015, September). Mental illness and the courts: Myths, misconceptions, and…hope? Invited presentation for the University of Denver's Pioneer Symposium Series (Denver, CO).

**Gowensmith, W. N**., Sledd, M., Leland, C., & Lachman, C. (2015, January). The College Gateway Program: Matching ex-offenders with their purpose and passion. Invited presentation for the University of Denver's Chancellor's Research Summit (Denver, CO).

Lachman, C. & **Gowensmith, W. N.** (2014, February). The College Gateway Program: Matching ex-offenders with their purpose and passion. Invited keynote presentation for the Colorado Career Development Association (Aurora, CO).

**Gowensmith, W. N.** (2013, September). Outpatient competency restoration programs: A national survey. Invited presentation at the Annual Forensic Examiners Training Conference (Denver, CO).

**Gowensmith, W. N.** (2013, June). Program evaluation of the College Gateway Program: Success in the face of defeat. Invited presentation for Campus Compact of the Mountain West (Breckinridge, CO).

**Gowensmith, W. N.** (2013, January). Program evaluation of the College Gateway Program: Success in the face of defeat. Invited presentation for Red Rocks Community College administration (Denver, CO).

**Gowensmith, W. N.** (2012, September). Forensic evaluation: Reliability, validity, quality, and other minor details. Invited presentation at the Annual Forensic Examiners Training Conference (Denver, CO).

**Gowensmith, W. N.** (2012, June). Forensic evaluation: Reliability, validity, quality, and other minor details. Invited presentation at the Annual Forensic Examiners Training Conference (Honolulu, HI).

**Gowensmith, W. N.** (2012, June). Assessment and management of violence risk. Invited presentation at the Annual Forensic Examiners Training Conference (Honolulu, HI).

**Gowensmith, W. N.** (2010, September). The roles of the police, providers and the public with the criminally mentally ill. Invited symposium for the Society of Police and Criminal Psychologists national conference (Honolulu, HI).

**Gowensmith, W. N.** (2010, September). The reliability of forensic evaluations in Hawaii. Invited presentation for the State of Hawaii Forensic Examiner Training (Honolulu, HI).

Amano, R., Iboshi, C. & **Gowensmith, W. N.** (2009, September). Intersection of the Criminal Justice and Mental Health Systems: Collaboration or Competition? Symposium conducted at Professionals Redefining Options for the Mentally Ill through Skills and Education (PROMISE) Conference (Hilo, HI).

**Gowensmith, W. N.** (2008, March). Eco-worriers to Eco-warriors: The Role of Ecopsychology. Invited keynote at Laulima Conference on Environmental Awareness and Action (Honolulu, HI).

Amano, R. & **Gowensmith, W. N.** (2007, September). Mental Health Courts and Calendars: Reducing Recidivism & Risk for Violence. Invited symposium conducted at Kauai Judicial Complex (Lihue, HI).

**Gowensmith, W. N.** (2005, May). Ecopsychology: It's not Easy Being Green. Invited symposium for Watada Lecturer of Excellence Series at University of Hawaii. (Honolulu, HI).

William Neil Gowensmith, Ph.D.
828-738-6694
neil.gowensmith@gmail.con

## MEDIA APPEARANCES

5280 article
Wyoming article

Sherry, A. (2021, October 15). Jailed Coloradans waiting longer and longer for competency services, with sometimes tragic consequences. *Colorado Public Radio*. Retrieved from: https://www.cpr.org/2021/10/15/jailed-coloradans-mental-illness-waiting-longer-competency-services-restoration-sometimes-tragic-consequences/

Stringer, H. (2019, March). Improving mental health for inmates. *APA Monitor on Psychology*, p. 46. Retrieved from: https://www.apa.org/monitor/2019/03/mental-heath-inmates.

Skene, L. (2018, February 24). What happens after not guilty by reason of insanity plea? Retrieved from: http://www.theadvocate.com/baton_rouge/news/crime_police/article_44b13aaa-1279-11e8-b0c0-07b4cb18013e.html?utm_medium=social&utm_source = email&utm_campaign=user-share

Wagner, L., Gowensmith, W. N., & Fitch, L. (2016, April). Issues in public forensic mental health. Into the Fold podcast, University of Texas Hogg Foundation for Mental Health.

Benzel, L. (2016, February 24). Mental competency report not completed for Planned Parenthood shooting suspect Robert Dear. Retrieved from: http://gazette.com/mental-competency-report-not-completed-for-planned-parenthood-shooting-suspect-robert-dear/article/1570755

Rodgers, J. (2015, December 23). Accused Colorado Springs Planned Parenthood shooter wants to represent himself: Judge orders mental health evaluation. Retrieved from: http://gazette.com/accused-colorado-springs-planned-parenthood-shooter-wants-to-represent-himself-judge-orders-mental-health-evaluation/article/1566359

Rodgers, J. (2015, December 22). Colorado Springs Planned Parenthood shooting suspect to return to court Wednesday Retrieved from: http://gazette.com/colorado-springs-planned-parenthood-shooting-suspect-to-return-to-court-wednesday/article/1566329

Glasgow, G. (2015, September 21). Pioneer Symposium: Professor to speak on mental illness and the courts. *University of Denver Magazine*.

Jenkins, A. (2015, July 29). Training, quality assurance lacking in Washington forensic mental health program. *Northwest News Network*. Retrieved from http://nwnewsnetwork.org/post/training-quality-assurance-lacking-washington-forensic-mental-health-program.

Hubbard, J. (2015, July 16). Live coverage and reaction to the Aurora Theater trial verdict. *Fox News Denver*.

Cruz, C. (Producer). (2015, June 1). *KITV Nightly News* [Television broadcast]. Honolulu, HI.

Wolzien, T. (Producer). (2015, May 14). *Talk Center America: Aurora Theater Shooting Trial* [Television broadcast]. Washington DC.

William Neil Gowensmith, Ph.D.
828-738-6694
neil.gowensmith@gmail.con

Ingold, J. & Steffen, J. (2015, April 27). Aurora theater shooting trial: Anticipated trial begins. *The Denver Post,* pp. A1, A13.

Steffen, J. (2014, May 31). Insanity, mental illness collide in Aurora theater shooting trial. *The Denver Post*. Retrieved from http://www.denverpost.com.

Steffen, J. (2014, April 20). Mental competency: Exam surge snarls system. *The Denver Post,* pp. A1, A15.

Ingold, J. (2013, June 7). James Holme's insanity plea faces historically long odds. *The Denver Post*. Retrieved from http://www.denverpost.com.

William Neil Gowensmith, Ph.D.

328-738-6694
neil.gowensmith@gmail.con

## REFERENCES

Dr. Lavita Nadkarni
Director, Masters of Forensic Psychology Program
Graduate School of Professional Psychology
University of Denver
(303) 871-3736
lavita.nadkarni@du.edu


Dr. Shelly Smith-Acuna
Dean, Gradaute School of Professional Psychology
University of Denver
(303) 871-3736
shelly.smith-acuna@du.edu


Dr. Richard Martinez
Director of Fellowship in Forensic Psychiatry
University of Colorado Denver
303-436-3394
richard.martinez@dhha.org


Dr. Daniel C. Murrie
Associate Professor, University of Virginia
(434) 924-5435
murrie@virginia.edu

# JOHN PETRILA

6 W Via Plaza Nueva
Santa Fe New Mexico 87507

813-625-7441
petrilajohn@gmail.com

## Education

### Degree / Date of Graduation

1977: LL.M. (Master of Laws, mental health law): University of Virginia School of Law

1976: JD: University of Virginia School of Law

1973: BA: English and Political Science: St. Joseph's College (Indiana)

## Experience: Summary

I have spent nearly 5 decades as an attorney specializing in mental health and health law. During that time, I have represented people with mental illness in a state psychiatric hospital, served as a state director of forensic services, served as General Counsel to the New York Office of Mental Health, and built data driven mental health policy programs in Florida and Texas.

## Employment

2024-present: Meadows Mental Health Policy Institute **Senior Policy Advisor** (https://mmhpi.org/).

2016-2024: Meadows Mental Health Policy Institute, **Executive Vice President for Adult Policy**. Responsible for the development and oversight of policy initiatives that would improve access to care for individuals with mental illnesses in Texas; reduce the use of the criminal justice system; and integrate mental health and general health care. Also oversaw the Institute's data team, which relied on archival data sets from Texas and nationally on prevalence, service use, financing of care and evaluations of policy initiatives.

2012-2016: University of South Florida College of Public Health, **Chair and Professor, Department of Health Policy & Management.** Served as Department Chair, directed the department's MHA (Master's in Health Administration) and MPH (Master's in Public

Health)degree programs, and taught courses in health law and health policy in the College of Public Health and USF Medical School (https://health.usf.edu/publichealth).

1992-2012: University of South Florida Louis de la Parte Florida Mental Health Institute (FMHI), **Professor,** Chair from 1992-2004. Worked closely with county and state policymakers on issues impeding or increasing access to care for those with mental illness. Developed and oversaw the Florida Criminal Justice, Mental Health and Substance Abuse Technical Assistance Center, created by the Florida Legislature to provide technical assistance across Florida on justice-related issues.

1987-1992: New York Office of Mental Health, **General Counsel and Deputy Commissioner.** Oversaw the Department's counsel's office and served as a member of the Department's leadership team.

1981-1992: New York Office of Mental Health, **Deputy Counsel for Litigation.**

1979-1981: Missouri Department of Mental Health, **Director of Forensic Services.** Oversaw state programs for individuals committed as incompetent to stand trial or not guilty by reason of insanity.

1978-1979: Missouri Office of Attorney General, **Assistant Attorney General**. Represented the Missouri Department of Mental Health.

1976-1978: University of Virginia School of Law Institute of Psychiatry and Law, **Fellow in Law and Psychiatry**. Represented individuals committed to Western State Psychiatric Center, oversaw clinic in forensic psychiatry.

## Awards and Offices

Fulbright Scholar, United States Department of State (2010). Title: International perspectives on mental health law and the rights of individuals with mental disabilities; Developing a forensic psychology research program in the Netherlands. *Maastricht University* (January-June 2011). While at Maastricht I taught courses in mental health and law to the first international cohort of master's students at Maastricht University and helped the program develop a research agenda in justice and mental health.

President's Outstanding Faculty Award (2013). From the President of USF for contributions to the University through the Fulbright Scholar Award and related activities.

2

President's Award for Faculty Excellence (2003). From the President of the University of South Florida for excellence in scholarship and contributions to the mission of USF.

Saleem A. Shah Memorial Award (1999). From the Forensic Division of the National Association of State Mental Health Program Directors, for national contributions to forensic mental health.

President of the International Association of Forensic Mental Health Services, 2005-2007 (https://iafmhs.wildapricot.org)

## Publications

I've published 3 books and more than 100 articles and chapters on mental health policy and law issues. The most notable work is **Psychological Evaluations for the Courts (Guilford Press, 1st edition in 1987, 5th edition in preparation)** which has become a standard work in the field of forensic psychology (https://www.amazon.com/Psychological-Evaluations-Courts-Fourth-Professionals/dp/1462532667)

3

Curriculum Vitae

# Darren L. Lish, MD, DFAPA

University of Colorado School of Medicine
Department of Psychiatry
1890 N. Revere Ct.
Aurora, CO 80045
darren.lish@cuanschutz.edu
darren.lish@state.co.us
303-827-9803

---

## Licensure/Certification

Licensure:     Colorado #44260, 2006 – present
               California #C173536, 2021 – present
               Texas #S4339, 2019 – 2023
               Connecticut #041609, 2003 – 2006
               DEA 2003 - present

Certification:  Diplomate, American Board of Psychiatry and Neurology
               General Psychiatry, 2008, 2018
               Forensic Psychiatry, 2009, 2018

## Education/Training

**2006 – 2007    University of Colorado Department of Psychiatry, Denver, CO**
               Fellowship in Forensic Psychiatry

**2001 - 2006    Yale University Department of Psychiatry, New Haven, CT**
               Residency in Psychiatry
               Chief Resident, Yale University Health Services
               Distinguished Laughlin Fellow - Outstanding Senior Graduate

**1996 - 2001    Yale University School of Medicine, New Haven, CT**
               Doctor of Medicine (M.D.)
               Honors Thesis – Dopamine Receptor Regulation
               Howard Hughes Research Fellowship 1999 - 2000

**1991 - 1995    University of California, Los Angeles (UCLA)**
               Bachelor of Science (B.S.), Psychobiology
               *Summa cum laude*
               *Phi Beta Kappa*

## Work Experience

**Current Position:**

**04/2021 -**   **Associate Clinical Professor**
**Deputy Director of Forensic Services**
**Department of Psychiatry, University of Colorado School of Medicine**
**Division of Community, Population, and Public Mental Health**
- Medical Director, Forensic Community Based Services (FCBS) for Not Guilty by Reason of Insanity (NGRI) acquittees in the community
- Contract psychiatrist for Mesa County, Colorado Jail Based Behavioral Health Services (JBBS) Competency Enhancement Program (CEP)
- Contract psychiatrist for Mendocino County, California Jail-Based Competency Treatment (JBCT) Program
- Contract evaluator for court-ordered forensic psychiatric examinations (sanity, mental condition, competency, risk assessment, and release evaluations)
- Liaison between University Department of Psychiatry and the Colorado Mental Health Hospitals at Pueblo and Ft. Logan and the Colorado Department of Corrections
- Instructor and supervisor of forensic psychiatry fellows
- Lecturer of forensic psychiatry topics to University of Colorado medical students, psychiatric residents, and forensic fellows

**Previous positions:**

**04/19 – 04/21**   **Behavioral Health Medical Director**
**Anthem, Inc./Colorado Community Health Alliance (CCHA)**
- Oversaw the clinical management of two of Colorado's Regional Accountable Entities (RAEs 6 and 7) that are responsible for building networks of providers, monitoring data, and coordinating the physical and behavioral health services to Colorado's Medicaid population
- Provided clinical supervision of all utilization management activities, including provision of medical necessity determinations for all levels of care and completion of appeals
- Chairman of the Quality Management Committee for RAE Region 6

**07/07 – 03/19**   **Senior Instructor**
**Department of Psychiatry, University of Colorado School of Medicine**
- Correctional psychiatrist, Colorado Department of Corrections (DOC)
- Chief of Psychiatry, Colorado DOC 2011 – 2019
  - Management of correctional psychiatric services statewide
  - Recruitment and supervision of psychiatric providers within the DOC
  - Policy, procedure, and risk management of correctional psychiatric care
  - Liaison with state and county mental health agencies

2

- o   Supervisor and lecturer to University of Colorado forensic psychiatry fellows
- o   Lecturer to Colorado Department of Corrections Training Academy
- Interim Chief Medical Officer, 2018-2019

**05/12 – 03/19  Private Practice, General and Forensic Psychiatry – Lakewood, CO**
- Psychotherapy and medication management of adult and adolescents with a variety of conditions, including mood disorders, psychotic disorders, PTSD, ADHD, substance use disorders, and adjustment issues
- Criminal competency to stand trial, sanity, and mental condition evaluations
- Civil malpractice, disability, personal injury, testamentary capacity, and fitness for duty evaluations

**04/08 - 07/11  Colorado Assessment and Treatment Center – Denver, CO**
- Part-time outpatient psychiatric services
- Independence House modified therapeutic community program

## Volunteer Positions

**2024 -       American Psychiatric Association Assembly Representative for Colorado**

**2023 -       Board Member, AllHealth Network**
- Serve on the board of directors of the community mental health center serving Colorado's Arapahoe and Douglas counties

**2022        Johns Hopkins School of Nursing Preceptor Program**
- Precepted advanced practice psychiatric nurse practitioner at the Mendocino, CA County Jail

**2019 -       Volunteer Consulting Psychiatrist, Resilience 1220**
- Provide psychiatric consultation for therapy staff of this nonprofit organization that provides free counseling for young people ages 12 – 20 in the mountain communities west of Denver
- Lecturer of mental health and psychiatric topics to local high schools and community groups

## Hospital Affiliations

**07/2006 -     Medical Staff, Colorado Mental Health Hospital in Pueblo (CMHHIP)**

-   Consulting forensic psychiatrist
-   Court-ordered competency, sanity, and mental condition evaluations

## Professional Societies/Memberships

**Current:**
2007 -       Colorado Psychiatric Society
2005 -       American Academy of Psychiatry and the Law (AAPL)
1997 -       American Psychiatric Association (APA distinguished fellow)

**Previous:**
2013 - 2019   American College of Correctional Physicians
2004 - 2006   American Psychoanalytic Association

## Committees

2023 -        Member of the Colorado Treatment of Persons with Behavioral Health
              Disorders in the Criminal and Juvenile Justice Systems (BHDCJS)
              legislative task force

2022 -        PsychSummit Advisory Panel Member

2022 -        Executive Committee, Division of Community, Population, and Public
              Psychiatry, Department of Psychiatry, CU School of Medicine

2022          Colorado Office of Behavioral Health Criminal Justice Roadmap
              Committee; Law enforcement/Jails/Courts workgroup

2021 -        American Academy of Psychiatry and the Law (AAPL) Recovery
              Committee

2017 –        AAPL Suicidology Committee

2012 – 2017   AAPL Institutional and Correctional Psychiatry Committee

2007 - 2012   AAPL Forensic Training Committee

## Presentations/Lectures

2023          "Judicial Work at the Interface of Behavioral Health and Criminal Justice"
              Judges and Psychiatrists Leadership Initiative
              American Psychiatric Association, Washington, DC

4

| 2023 | Mock Trial Exercise for Mental Health Professionals of the Colorado Mental Health Hospital in Fort Logan (CMHHIFL) |
|---|---|
| 2023 | University of Colorado Hospital Fellowship Panel<br>University of Colorado Second-Year Psychiatric Resident presentation |
| 2022 | Global Health and Unserved Populations: Expert Panel of Physicians in the Legal System<br>University of Colorado 4th Year Medical Student Course |
| 2022 | "The Recovery Challenge: Identity, Culture and the Life Worth Living"<br>Panelist, 53rd annual meeting of the American Academy of Psychiatry and the Law (AAPL). New Orleans, LA |
| 2022 | "Not Guilty by Reason of Insanity (NGRI) Acquittees: Finding the Balance Between Patient Liberty and Public Safety"<br>University of Colorado Department of Psychiatry Grand Rounds Lecture |
| 2022 | "Forensic Psychiatry"<br>Forensic training lecture to staff of Colorado Mental Health Institute at Ft. Logan |
| 2021 | "Angst"<br>Panelist for community presentation of the movie, Angst, sponsored by Resilience 1220, a local nonprofit mental health organization. Evergreen, CO |
| 2021 - present | "NGRI Acquittees, Forensic Community Based Services, and Release from Supervision"<br>University of Colorado Forensic Psychiatry Fellowship Seminar (annual) |
| 2021 | "Adolescent Marijuana Use"<br>Lecture to community of educators, parents, students, and mental health staff through Resilience 1220, a local nonprofit mental health organization. Evergreen, CO |
| 2020 | "Mental Health and Substance Use Disorders – An Update"<br>Lecture to staff of Resilience 1220, a local nonprofit mental health organization. Evergreen, CO |
| 2019 | "Sleep and Mental Health"<br>Lecture for Evergreen High School mental health workshop. Evergreen, CO |
| 2018 | "True or False: Kids Will be Kids? Substance Use to Abuse" |

               Lecture for Evergreen High School Cougar Family University workshop. Evergreen, CO.

2018         "Opening the Door: A Human Conversation About Having Dark Feelings" Panelist, community presentation sponsored by Mount Evans Hospice. Evergreen, CO.

2017 - present "Correctional Psychiatry: Clinical Management of Offenders Within the Colorado DOC"
University of Colorado Department of Psychiatry resident lecture (annual)
University of Denver Law School lecture
The Medical Center of Aurora Psychiatry Residency program

2017         "Therapeutic Risk Management of the Suicidal Patient"
Panelist, 48th annual meeting of the American Academy of Psychiatry and the Law (AAPL). Denver, CO

2017         "Maintaining Quality and Standards in Assessing Competency to Proceed"
Panelist, annual training for Colorado Mental Health Institute at Pueblo (CMHIP) evaluators of competency to proceed. Colorado Springs, CO

2016 – 2019 "Seminar on Correctional Psychiatry"
Monthly seminar with forensic psychiatry fellows and rotating residents/students in the Department of Corrections.

2014         "The Emotional Impact of Psoriasis and Psoriatic Arthritis"
National Psoriasis Foundation *More Than Skin Deep* Presentation
Denver, CO

2012         "The Insanity Defense: Past and Present"
Colorado Criminal Justice Association (CCJA) Annual Meeting, Pueblo, CO

2012         "Involuntary Medication for Colorado Jail Inmates: Application of Washington *v.* Harper"
County Sheriffs of Colorado, Denver, CO

2011 - 2017 "A Career in Correctional Psychiatry"
University of Colorado Department of Psychiatry resident lecture (annual)

2009 - 2015 "Psychopharmacology for Psychotherapists"
Colorado Department of Corrections Training Academy
Monthly lecture for DOC mental health trainees

2006 - present "The Psychology of Stalking – Criminal and Forensic Perspectives"

University of Colorado Department of Psychiatry forensic fellowship
lecture (annual)
University of Denver Law School lecture
The Medical Center of Aurora Psychiatry Residency program lecture

2000       "Agonist-Induced Up-Regulation of Dopamine Receptors in Transfected
           Cell Lines"
           Howard Hughes Medical Institute, Chevy Chase, MD

## Publications

2024       Lish, D. Seclusion, Restraint, and Involuntary Medication. In J. Metzner,
           R. Kapoor, A. Tamburello & J. Knoll (Eds.), *Oxford Textbook of
           Correctional Psychiatry* (2nd edition). Oxford University Press (in press).

2023       Ahern, M, Lish, D, & Martinez, R. Expert Witness Testimony and
           Consequences of a Not Guilty by Reason of Insanity Verdict. *Journal of
           the American Academy of Psychiatry and the Law* 2023; 51(4) 591-593.

2022       Mayer T, Thompson E, & Lish D. Burdens of Proof in Federal Civil
           Commitment Proceedings. *Journal of the American Academy of
           Psychiatry and the Law* 2022; 50(4) 653-654.

2021       James C, Lish D, & Martinez R. Private Entities as State Actors in Civil
           Commitment Procedure. *Journal of the American Academy of Psychiatry
           and the Law* 2021; 49(4): 642-645.

2021       Heneghan M, Lish D, & Martinez R. Cross-examination and Witness Bias
           in Attempted First Degree Murder. *Journal of the American Academy of
           Psychiatry and the Law* 2021; 49(4): 645-647.

2018       Lish, D. (2018, December). Connection. *Clinical Connection, Colorado
           Department of Corrections, 17*

2018       Lish, D. L. Review of *Ethics Challenges in Forensic Psychiatry and
           Psychology Practice*, edited by Ezra E. H. Griffith, M.D. *The American
           Journal of Psychiatry* 2018; 175(10):1024-1025

2018       Lish, D. (2018, August). Defining Mindfulness. *Clinical Connection,
           Colorado Department of Corrections, 16*

2018       Lish, D. (2018, May). Just Do It. *Clinical Connection, Colorado
           Department of Corrections, 15*

2017        Lish, D. (2017, September). Attunement with Others. *Clinical Connection, Colorado Department of Corrections, 14*

2017        Lish, D. (2017, June). Top Regrets of the Dying. *Clinical Connection, Colorado Department of Corrections, 13*

2017        Lish, D. (2017, March). Psychopaths' Regret. *Clinical Connection, Colorado Department of Corrections, 12*

2016        Lish, D. L. Review of *People with Mental Illness in the Criminal Justice System: Answering a Cry for Help*, by The Group for the Advancement of Psychiatry, Committee on Psychiatry and the Community. *The American Journal of Psychiatry* 2016; 173(10):1048-1049

2015        Lish, D. (2015, August). Living with Gender Dysphoria. *Clinical Connection, Colorado Department of Corrections, 11*

2015        Lish, D. (2015, May). Achieve More by Doing Less. *Clinical Connection, Colorado Department of Corrections, 10*

2015        Lish, D. (2015, January). Dementia in the Incarcerated Setting. *Clinical Connection, Colorado Department of Corrections, 9*

2014        Lish, D. (2014, April). How Psychotherapy Affects the Brain. *Clinical Connection, Colorado Department of Corrections, 8*

2013        Lish, D. L. Review of *The Mental Health Professional in Court: A Survival Guide*, by Thomas G. Gutheil, M.D. and Eric Y. Drogin, J.D., Ph.D. *The American Journal of Psychiatry* 2013; 170(7):807-808.

2013        Lish, D. (2013, October). Minding Anger. *Clinical Connection, Colorado Department of Corrections, 7*

2013        Lish, D. (2013, July). Mood Swings Do Not Equal Bipolar Disorder. *Clinical Connection, Colorado Department of Corrections, 6*

2013        Lish, D. (2013, March). The Problem With Meth. *Clinical Connection, Colorado Department of Corrections, 5*

2012        Lish, D. (2012, December). The Adolescent Brain. *Clinical Connection, Colorado Department of Corrections, 4*

2012        Lish, D. (2012, September). The Insanity Defense: A 15-Minute Primer. *Clinical Connection, Colorado Department of Corrections, 3*

2012        Lish, D. (2012, June). Cannabis and Psychosis. *Clinical Connection, Colorado Department of Corrections, 2*

2012        Lish, D. (2012, January). Traumatic Brain Injury in Sports. *Clinical Connection, Colorado Department of Corrections, 1*

2005        Lish, D. National Research Council Report Makes Case Against Polygraph Admissibility – Revisiting the *Daubert* Standard for Polygraph Use in Courts. *American Journal of Forensic Psychiatry* 2005; 26(2):23-43.

2005        Lish, D, & Salomy, D. Pretrial Mental Retardation Assessment in Capital Punishment Cases. *Journal of the American Academy of Psychiatry and the Law* 2005; 33(1):117-119.

2001        Yale University School of Medicine Thesis, Department of Neurobiology "Agonist-Induced Up-Regulation of Dopamine Receptors in Transfected Cell Lines." 54p.

1995        UCLA Undergraduate Honors Thesis, Department of Psychobiology "Electrical Self-Stimulation of the Medial Forebrain Bundle. Causes of Reward Saturation at Low Currents and High Pulse Frequencies: A Study of the Current Wall." 56p.