# Exhibit 2

| | |
|---|---|
| 10/7/22 | NS Meeting w/ Appleseed Competency working group - 1.0 |
| 11/4/22 | NS Meeting w/ Appleseed Competency working group - 1.0 |
| 12/2/22 | NS Meeting w/ Appleseed Competency working group - 1.0 |
| 12/9/22 | NS Drafting Appleseed report - 3.0 |
| 2/26/23 | NS Review of narratives for potential named plaintiffs - 1.0 |
| 4/12/23 | NS Legal research re: response to defendants' motion to dismiss - 3.0 |
| 4/13/23 | NS Drafting of response to defendants' motion to dismiss - 2.0 |
| 5/19/23 - | NS Review of 1st tranche of discovery - 1.0 |
| 5/24/23 - | NS and BSW Weekly conference call w/ PD, BSW and AAG team  - .5 |
| | NS Review of 2nd tranche of discovery documents - 1.0 |
| 5/25/23 - | NS Review of 2nd tranche discovery documents - 2.0 |
| | NS Drafting memo concerning Mateen as not a person in need of treatment - 1.0 |
| 5/31/23 | NS and BSW Weekly conference call w/ AG and DMH       - .5 |
| 6/2/23 | NS and BSW Conference call w/ PD re: IJR statute and Mateen - .5 |
| 6/5/23 | NS and BSW Conference call w/ PD and NG re: Competency Statute - .75 |
| 6/12/23 | NS and BSW Call w/ PD re: Veto of SB255  - .25 |
| 6/14/23 | NS and BSW Conference call w/ PD .5 |
| 6/21/23 | NS Phone call w/ PD and BSW to prep for FCS meeting -.5 |
| 6/22/32 | NS and BSW Meeting w/ FCS + AG - 2.0 |
| | NS and BSW Meeting w/ PD and Groundswell - 1.0 |
| 7/7/23 | NS Prep for meeting w/ GCMH -1.0 |
| 7/10/23 | NS and BSW Meeting w/ GCMH - 3.5 |
| 7/19/23 | NS Review of second tranche of DMH emails produced in discovery - 1.5 |
| 7/21/23 | NS Meeting w/ PD and Groundswell - .5 |
| 7/25/23 | NS Attended show cause hearing in Tulsa County - 1.5 |
| 7/31/23 | NS Prep for meeting w/ Red Rock - .75 |
| 8/1/23 | NS Meeting w/ Red Rock - 2.5 |
| 8/9/23 | NS Review of third tranche of DMH emails produced in discovery - 1.5 |
| 8/10/23 | NS and BSW Travel to OKC for meeting w/ Turn Key - 3.0 |
| | NS and BSW Meeting w/ Turn Key & AGs - 2.0 |
| 8/15/23 | NS and BSW Tour of jail w/ experts and meeting with Vic Regalado - 3.0 |
| 8/16/23 | NS and BSW Tour of OFC w/ experts - 1.5 |
| | NS and BSW Meeting w/ Groundswell after OFC tour - 1.0 |
| | NS and BSW Travel time to Vinita - 2.0 |
| 8/17/23 | NS consent decree research - 2.5 |
| 8/18/23 | NS consent decree research - 1.0 |

| Date | Description |
|---|---|
| 8/21/23 | NS consent decree research - 3.0 |
| 8/24/24 | NS consent decree drafting - 4.0 |
| 8/29/24 | NS consent decree drafting - 2.0 |
| 9/1/24 | NS consent decree drafting - 1.5 |
| 9/4/23 | NS consent decree drafting - 3.5 |
| 9/12/23 | NS Prep for meeting w/ Grand - .5 |
| 9/13/23 | NS and BSW - Meeting w/ Grand Mental Health - 1.75 |
| | NS and BSW - Followup meeting w/ PDM and LK - .5 |
| 9/14/23 | NS prep for meeting w/ Dr. Ardoin - 1.0 |
| 9/15/23 | NS meeting w/ Dr. from OCDC - 1.5 |
| 9/27/23 | NS Prep for meeting w/ CH - 1.0 |
| 9/28/23 | NS and BSW - Meeting w/ CH @ AG's office - 3.5 |
| | NS and BSW Debrief of meeting w/ CH w/ experts and PD - .5 |
| 10/4/24 | NS - consent decree drafting - 1.25 |
| 10/11/23 | NS - Review of proposed new forced medication legislation - .75 |
| 10/12/23 | NS - Meeting w/ CH, LK, PD - 1.5 |
| 10/13/23 | NS - Consent decree drafting - 3.0 |
| 10/13/23 | NS - Phone call w/ CH re: additions to consent decree - .5 |
| 10/15/23 | NS - Consent decree drafting - 1.0 |
| 10/20/23 | NS - Meeting w/ CH, LK, PD - 1.5 |
| 10/23/23 | NS and BSW - Review of defendant's proposed plan - 1.0 |
| | NS and BSW - Meeting w/ PD re: defendants' proposed plan -.5 |
| 10/26/23 | NS - consent decree drafting - 2.25 |
| 10/25/23 | NS and BSW - Meeting w/ PD, and AGs - 3.0 |
| 10/31/23 | NS - Final edits to consent decree first draft for submission to PD - 1.5 |
| | BSW - Review of consent decree - 1.0 |
| 11/2/23 | NS and BSW - Pre-settlement conference meeting w/ experts - 1.0 |
| | NS and BSW - Pre-settlement conference meeting w/ next friends - 1.0 |
| 11/3/23 | NS and BSW - Pre-settlement conference meeting w/ PD and AGs - .5 |
| 11/6/23 | NS and BSW - Settlement conference w/ AG - 3.0 |
| 11/8/23 | NS - Additional drafting of consent decree (Alameda Co.) - 1.0 |
| 11/9/23 | NS - Meeting w/ experts re: qualifications for forensic examiners - 1.0 |
| 11/9/23 | NS - Drafting consent decree 1.5 |
| 11/10/23 | NS - Incorporating experts' edits to consent decree - 2.0 |
| 11/14/23 | NS - Final edits to consent decree second draft for submission to PD - .5 |
| | BSW - Review of consent decree - 1.0 |
| 12/8/23 | NS - Review of PD's edits to consent decree for submission to AG - 1.0 |
| 1/9/24 | NS and BSW - Attended zoom meeting with AG to discuss consent decree - 1.0 |
| 1/12/24 | NS - Attended show cause hearing in Oklahoma County - 2.0 |

| Date | Description |
|---|---|
| 2/2/24 | NS and BSW - Tour of proposed pilot in-jail competency restoration facility - 2.0 |
| | NS and BSW - Meeting w/ experts after tour of proposed pilot in-jail competency restoration facility - 1.5 |
| 3/1/24 | NS and BSW - Meeting w/ experts to discuss proposed IMO legislation - 1.0 |
| 3/4/24 | NS and BSW - Meeting w/ AG to discuss proposed ODMHSAS legislation - 2.5 |
| 4/4/24 | NS and BSW - Meeting w/ experts to pre-consent decree meeting w/ AG - 1.0 |
| 4/8/24 | NS and BSW - Travel time to OKC for AG meeting - 3.0 |
| | NS and BSW - Meeting w/ Attorney General to discuss consent decree - 2.0 |
| 4/15/24 | NS - Review of new draft of consent decree w/ AG's changes - 1.0 |
| 4/23/24 | NS and BSW - Meeting w/ experts to discuss new draft of consent decree - 1.0 |
| | NS and BSW - Meeting w/ PD and AG to review consent decree pt. 1 - 2.0 |
| 4/25/24 | NS - Meeting w/ PD and AG to review consent decree - 2.0 |