# Exhibit 7

# BRIAN S. WILKERSON

10105 S. Hudson Ave. • Tulsa, Oklahoma 74137
(C): 918-924-2567 • brian@okdlc.org

## PROFILE

Accomplished trial litigator experienced in all aspects of case management including pre-trial preparation, mediations and alternate dispute resolution procedures. Proven ability to negotiate complex transactions. Licensed to practice in Oklahoma, all three Federal District Courts in Oklahoma and Muscogee (Creek) Nation Tribal Court.

## LEGAL EXPERIENCE

**Oklahoma Disability Law Center**
*Director of Litigation and Legal Services,* July 2018 – Present
- Lead counsel on class action lawsuit against the Department of Mental Health seeking to eliminate unconstitutional wait times for criminal defendants found incompetent to stand trial to receive competency restoration treatment.
- Represent individuals with disabilities in federal, district and administrative courts.
- Management and daily coordination of litigation and legal services for individuals with disabilities in the state of Oklahoma.
- Supervision of legal advocates and staff attorneys on active case assignments.
- Conducting monthly file reviews with legal advocates and staff attorneys to ensure the quality of legal services provided.
- Hiring of legal advocates and staff attorneys.
- Conduct annual performance evaluations of legal advocates and staff attorneys.
- Identify, initiate, and coordinate systemic litigation projects.

**Wilkerson Law Firm, P.C.**
*Owner,* 2010 – July 2018
- Management and operation skills include budgeting, scheduling, bidding and securing contracts and private accounts.
- Handle complex deprived child and family drug court cases for Tulsa County District Court, Juvenile Division and Muscogee (Creek) Nation Tribal Court.
- Represent criminal defendants in District Courts.
- As Member of Oklahoma Juvenile Uniform Jury Instruction Rewrite Committee, worked collaboratively with State Judges, Prosecutors, Public Defenders, private attorneys and the Supreme Court of the State of Oklahoma, to amend and codify the uniform jury instructions to be used in all juvenile court proceedings.

**Riggs, Abney, Neal, Turpen, Orbison & Lewis, Attorneys at Law**
*Associate Attorney,* 2006 -2010, 1997 - 2000
- Member of legal team representing the State in protection of water quality in Oklahoma rivers.
- Handle complex deprived child and family drug court cases for Tulsa County District Court, Juvenile Division and Muscogee (Creek) Nation Tribal Court.
- Represented diverse clientele in both civil and criminal litigation.
- Represented state employees in employment disputes before the State Merit Protection Commission.
- Member of Oklahoma Juvenile Uniform Jury Instruction Rewrite Committee.

**Wilkerson, Wassall, Warman, Attorneys at Law**
*Associate Attorney,* 2000 - 2006
- Handle complex deprived child and family drug court cases for Tulsa County District Court, Juvenile Division and Muscogee (Creek) Nation Tribal Court.
- Represented diverse clientele in both civil and criminal litigation.
- Represented state employees in employment disputes before the State Merit Protection Commission.

- Member of Oklahoma Juvenile Uniform Jury Instruction Rewrite Committee.

## EDUCATION

**University of Oklahoma**  *Juris Doctor,* 1996

**Trinity University**  *Bachelor of Arts* 1993

## COMMUNITY INVOLVEMENT

Autism Center of Tulsa, 2005 – 2018
Jenks Public Schools, 2003 - 2019
Metro Tulsa Soccer Club, Disabled Soccer Program Director & Coach, 2004 – 2009
Nature Conservancy, Sutton Avian Research Center, Wild Brew Committee Member 1998 – 2009