# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) LESLIE BRIGGS, as next friend of T.W. )
and B.S.; )
(2) EVAN WATSON, as next friend of C.R.; )
and, )
(3) HENRY A. MEYER, III, as next friend )
of A.M., for themselves and for others )
similarly situated, )
)
               Plaintiffs, )
v. )   Case No: 23-cv-81-GKF-JFJ
)
(1) ALLIE FRIESEN in her official capacity )
as Commissioner of the Oklahoma )
Department of Mental Health and )
Substance Abuse Services; and )
(2) DEBBIE MORAN, in her official )
capacity as Interim Executive Director of the )
Oklahoma Forensic Center, )
)
               Defendants. )

## AFFIDAVIT OF FREDERIC DORWART

Frederic Dorwart, upon being duly sworn and having personal knowledge of the matters contained herein, hereby states as follows:

1. I was graduated from the United States Naval Academy with a Bachelor of Engineering With Distinction in 1959 and from Harvard Law School with a LLB Cum Laude in 1966. Since 1966, I have practiced law in the State of Oklahoma. I practiced as sole proprietor of Frederic Dorwart, Lawyers from 1994 until 2017 and as an equity owner in Frederic Dorwart, Lawyers PLLC from 2017 to today (collectively, "FDLaw"). I was General Counsel of BOK Financial Corporation from 1991 until 2021.

2. In my practice I have been involved extensively in reviewing lawyer time records and preparing and collecting billings of FDLaw. I have also frequently engaged other lawyers from time to time and reviewed the billings of those lawyers for fairness.

3. The work done and being done in this case by FDLaw was and is being done *pro bono* with no expectation of payment for it, except as provided by 42 U.S.C. § 1988.

4. I personally performed a pre-billing review of the billings of FDLaw incurred in this case from October 2023 through July 15 to determine if any work was duplicative or unnecessary to the prosecution of this case. In that pre-billing review, I charged off $22,494.50; otherwise, all the time recorded was reasonable and necessary for the prosecution of this case.

5. Exhibit 1 to the Unopposed Supplemental Motion for Preliminary Approval of Attorney Fees are the contemporaneously prepared time records for work done by FDLaw in this case reflecting the pre-billing adjustments.

6. In my opinion, the FDLaw time records properly record the actual work done by FDLaw and, in my opinion, that work, properly adjusted for duplicative and unnecessary work, was reasonably required.

7. In my opinion, the hourly rates billed by FDLaw are fair, reasonable, and consistent with hourly rates charged within the Tulsa legal community in by lawyers of comparable experience and skill.

8.   I personally performed the data analysis set forth in the Unopposed Supplement Motion to which my Affidavit is attached as Exhibit 8. The data analysis is true and correct based on the stated assumptions.

9.   Based on my experience in assessing the reasonableness of fees, I am of the opinion that the enhancements discussed in the Unopposed Supplement Motion are substantially more than fair and reasonable.

I affirm under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct to the best of my knowledge.

Further Affiant Sayeth Naught.

_____
Frederic Dorwart

Subscribed and sworn to before me this 25 day of July, 2024.

_____
Notary Public

My Commission Expires:

08/12/2026

