IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LESLIE BRIGGS, as next friend of T.W. and B.S., EVAN WATSON, as next friend of C.R., and HENRY A. MEYER, III, as next friend of A.M., for themselves and for others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLIE FRIESEN, in her official capacity as Commissioner of the Oklahoma Department of Mental Health and Substance Abuse Services, and DEBBIE MORAN, in her official capacity as Interim Executive Director of the Oklahoma Forensic Center, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 23-cv-00081-GKF-JFJ ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

This matter is set for Status Conference on Friday, November 1, 2024 at 1:30 p.m. Defendants Allie Friesen, in her official capacity as Commissioner of the Oklahoma Department of Mental Health and Substance Abuse Services, and Debbie Moran, in her official capacity as Interim Executive Director of the Oklahoma Forensic Center, shall appear in person.

IT IS FURTHER ORDERED that, on or before October 16, 2024, the Oklahoma Attorney General's Office shall serve copies of this Order upon defendants Friesen and Moran.

IT IS SO ORDERED this 10th day of October, 2024.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE