IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) LESLIE BRIGGS, as next friend of T.W. and B.S.;<br>(2) EVAN WATSON, as next friend of C.R.; and,<br>(3) HENRY A. MEYER, III, as next friend of A.M., for themselves and for others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>(1) ALLIE FRIESEN, in her official capacity as the Commissioner of the Oklahoma Department of Mental Health and Substance Abuse Services; and<br>(2) DEBBIE MORAN, in her official capacity as Executive Director of the Oklahoma Forensic Center,<br><br>          Defendants. | Case No: 23-cv-81-GKF-JFJ |

## **ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

The undersigned enters his appearance as counsel in this case for Defendants: Allie Friesen, in her official capacity as the Commissioner of the Oklahoma Department of Mental Health and Substance Abuse Services; and Debbie Moran, in her official capacity as Executive Director of the Oklahoma Forensic Center.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

 s/Garry M. Gaskins, II
GARRY M. GASKINS, II, OBA #20212
 *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
garry.gaskins@oag.ok.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2024, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record who are ECF registrants.

 s/ Garry M. Gaskins, II
Garry M. Gaskins, II