# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LESLIE BRIGGS, as next friend of T.W. and B.S.,**<br>**EVAN WATSON, as next friend of C.R., and**<br>**HENRY A. MEYER, III, as next friend of A.M.,**<br>**for themselves and for others similarly situated,**<br><br>　　　　**Plaintiffs,**<br><br>v.<br><br>**ALLIE FRIESEN, in her official capacity as Commissioner of the Oklahoma Department of Mental Health and Substance Abuse Services, and**<br>**DEBBIE MORAN, in her official capacity as Interim Executive Director of the Oklahoma Forensic Center,**<br><br>　　　　**Defendants.** | Case No. 23-cv-00081-GKF-JFJ |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record: I am admitted or otherwise authorized to practice in this court, and I appear in this case for Defendant Debbie Moran, in her official capacity as Interim Executive Director of the Oklahoma Forensic Center.

| | |
|---|---|
| November 1, 2024 | *s/William W. O'Connor* |
| Date | Signature |
| | |
| Type of Appointment: ☒ Retained ☐ CJA | William W. O'Connor |
| ☐ FPD ☐ Pro Bono ☐ Pro Se | Print Name |
| | |
| | Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. |
| | Firm Name |
| | |
| | 521 E. 2nd Street, Suite 1200 |
| | Address |
| | |
| 13200 | Tulsa　　　　OK　　　　74120 |
| Oklahoma State Bar Number (If Applicable) | City　　　State　　　Zip Code |
| | |
| boconnor@hallestill.com | (918) 594-0400　　(918) 594-0505 |
| Email Address | Phone Number　　Fax Number |

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 1st day of November, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Paul DeMuro
Frederic Dorwart
David W. Leimbach
Nick Southerland
Brian S. Wilkerson

*Class Counsel for Plaintiffs*

Attorney General Gentner Drummond
Erin M. Moore
Tracy E. Neel

*Counsel for Defendants*

                                         *s/William W. O'Connor*
                                         William W. O'Connor