UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Leslie Briggs, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Allie Friesen, et al., <br><br> Defendants. | Case No.: 23-cv-081-GKF-JFJ <br><br> Proceeding: Status Hearing <br> Date: 11/1/2024 <br> Time: 1:31 p.m. to 2:27 p.m. <br><br> **MINUTE SHEET** |

Gregory K. Frizzell, U.S. District Judge       K. Perkins, Deputy Clerk       Brian Neil, Reporter

Counsel for Plaintiffs:   Paul DeMuro, David Leimbach, Fredric Dorwart, Nicholas Southerland
Counsel for Defendants:  Gentner Drummond, Garry Gaskins, Will Flanagan, Erin Moore,

Minutes:  Case called for status hearing with counsel and parties present.  Entry of appearances having been entered and a motion to substitute having been filed, Bill O'Connor, Brian Inbody, and John Richer were present on behalf of Allie Friesen and Debbie Moran in their official capacities.  Attorney General Drummond objected to the appearance of Mr. O'Connor, Mr. Inbody, and Mr. Richer.  Counsel heard as to striking the hearing set on January 15th.  At this time, the Court will keep the hearing on the docket for January 15th.  Parties had no objection to the current briefing schedule (Response deadline 11/22/2024; Rely deadline 12/6/2024) as to pending motions at Docs. 76 and 77.  Mr. Richer requests the court to certify the question as stated in the record and the court directs a motion to certify be filed.  On or before December 9, 2024, plaintiffs are required to file a notice as to whether or not the Contingency Review Board has approved the proposed Consent Decree.  Parties agree to participate in a settlement conference and there is no objection to all counsel participating for the purpose of settlement only.

This matter is set for a settlement conference with Adjunct Settlement Judge T. Lane Wilson on November 13, 2024.