UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Leslie Briggs et al, | ) | |
|         Plaintiff(s), | ) | |
| | ) | |
| Vs. | ) | Case No: 23-cv-81-GKF-JFJ |
| | ) | |
| Allie Friesen et al, | ) | |
|         Defendant(s). | ) | |

## SETTLEMENT CONFERENCE REPORT

On November 13, 2024, a settlement conference was held in the captioned matter. The litigation was settled, subject to court approval and approval by the Oklahoma Contingency Review Board (CRB) of the revised Consent Decree or if the CRB does not timely approve, then approval by the Oklahoma Legislature. All parties agree to use their best efforts to obtain the necessary approval and agree that they approve of the terms of the settlement as reflected in the attached revised version of the Consent Decree, subject to the Court's ruling with respect to the Parties' Third Joint Supplement to the Joint Motion for Preliminary Approval regarding outpatient competency restoration treatment. See Doc. 56 p. 25.

Dated: 11/13/2024

_____
T. Lane Wilson, Adjunct Settlement Judge