# Exhibit 2



**GENTNER DRUMMOND**
**ATTORNEY GENERAL**

November 15, 2024

<u>*Via Email*</u>

The Honorable J. Kevin Stitt
Governor, State of Oklahoma
Kevin.Stitt@gov.ok.gov

Governor Stitt,

    I am pleased to confirm that it is now the appropriate time for a Contingency Review Board. After successful mediation to align all parties in support of the Consent Decree in the *Briggs et al. v. Friesen et al.*, this matter is ripe for approval by the Contingency Review Board.

    Accordingly, I request a meeting of the Contingency Review Board to be scheduled after Speaker Hilbert and President Pro Tem Paxton are formally elected on January 7, 2025, and before the January 15, 2025, confirmation hearing before Judge Frizzell.

    I am eager to present the Consent Decree to the Contingency Review Board to ensure justice for crime victims and their families while saving taxpayers untold millions in litigation exposure.

Respectfully,

GENTNER DRUMMOND
*Attorney General*

cc:    The Honorable Kyle Hilbert
       kyle.hilbert@okhouse.gov

       The Honorable Lonnie Paxton
       lonnie.paxton@oksenate.gov