# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) LESLIE BRIGGS, as next friend of T.W. and B.S.; <br> (2) EVAN WATSON, as next friend of C.R.; and, <br> (3) HENRY A. MEYER, III, as next friend of A.M., for themselves and for others similarly situated, <br><br>           Plaintiffs, <br> v. <br><br> (1) ALLIE FRIESEN, in her official capacity as Commissioner of the Oklahoma Department of Mental Health and Substance Abuse Services; and <br> (2) DEBBIE MORAN, in her official capacity as Interim Executive Director of the Oklahoma Forensic Center, <br><br>           Defendants. | Case No: 23-cv-81-GKF-JFJ |

## **NOTICE OF LEGISLATIVE APPROVAL**

In accordance with the Court's January 15, 2025 Opinion and Order [Doc. 102, p. 11], the Parties hereby notify the Court that Oklahoma's Legislature has approved the Amended Consent Decree. On February 19, 2025, the Oklahoma House of Representatives voted unanimously (91-0) to adopt HCR 1004, which sought approval of the Amended Consent Decree pursuant to 51 O.S. § 200. (*See* Ex. A, HCR 1004). On March 4, 2025, the Oklahoma Senate voted unanimously (via a voice vote) to approve the Amended Consent Decree.

WHEREFORE, the Parties, in accordance with the Court's Opinion and Order [Doc. 102, p. 11], jointly request that the Court grant the Joint Motion for Final

Approval and Entry of Amended Consent Decree [Doc. 99], certify the Class, and enter the Amended Consent Decree as the final judgment of this Court.

RESPECTFULLY SUBMITTED,

/s/ Paul DeMuro
Paul DeMuro, OBA No. 17605
Frederic Dorwart, OBA No. 2436
David W. Leimbach, OBA No. 33310
Frederic Dorwart, Lawyers PLLC
Old City Hall
124 East 4th Street
Tulsa, OK 74103
(918) 583-9922 – telephone
(918) 583-8251 – facsimile
pdemuro@fdlaw.com
fdorwart@fdlaw.com
dleimbach@fdlaw.com

Nick Southerland, OBA No. 31234
Brian S. Wilkerson, OBA No. 17165
Oklahoma Disability Law Center, Inc.
2816 E. 51st Street, Suite 300
Tulsa, OK 74105
(918) 743-6220 – telephone
(918) 743-7157 – facsimile
nick@okdlc.org
brian@okdlc.org

*Class Counsel for Plaintiffs*

/s/ Gentner Drummond
ATTORNEY GENERAL GENTNER
DRUMMOND OBA No. 16645
ERIN M. MOORE, OBA No. 20787
TRACY E. NEEL, OBA No. 33574
Assistant Attorneys General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
Erin.Moore@oag.ok.gov
Tracy.neel@oag.ok.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    The undersigned does hereby certify that on the 4th day of March, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the applicable ECF registrants.

                                                /s/ Paul DeMuro