IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LESLIE BRIGGS, as next friend of T.W. and B.S., EVAN WATSON, as next friend of C.R., and HENRY A. MEYER, III, as next friend of A.M., for themselves and for others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLIE FRIESEN, in her official capacity as Commissioner of the Oklahoma Department of Mental Health and Substance Abuse Services, and DEBBIE MORAN, in her official capacity as Interim Executive Director of the Oklahoma Forensic Center, <br><br> Defendants. | Case No. 23-cv-00081-GKF-JFJ |

**ORDER**

Having received notice that the Oklahoma Legislature has approved the Consent Decree [Doc. 114], for the reasons set forth in this court's Opinion and Order dated January 15, 2025 [Doc. 102], which is fully incorporated herein by reference, the Joint Motion for Final Approval and Entry of Amended Consent Decree[1] [Doc. 99] of plaintiffs Leslie Briggs, as next friend of T.W. and B.S.; Evan Watson, as next friend of C.R.; and Henry A. Meyer, III, as next friend of A.M.,

---

[1] On June 17, 2024, the parties filed a Joint Motion for Preliminary Approval of Consent Decree, Class Certification, and Plan of Notice to Class. [Doc. 46]. In an Order dated September 19, 2024, the court granted the Joint Motion for Preliminary Approval of Consent Decree, Class Certification, and Plan of Notice to Class, as modified by the court's prior Orders. [Doc. 56]. However, pursuant to Okla. Stat. tit. 51, § 200, the Contingency Review Board disapproved of that proposed Consent Decree. The parties subsequently reached an agreement as to an amended proposed Consent Decree and, on November 19, 2024, the parties filed the Joint Motion for Preliminary Approval of Amended Consent Decree. [Doc. 99]. Because the court has not previously entered a Consent Decree as the judgment of this court, hereinafter, the court refers to the amended proposed Consent Decree [Doc. 99-1] as the "Consent Decree."

for themselves and for others similarly situated, and defendants Allie Friesen, in her official capacity as Commissioner of the Oklahoma Department of Mental Health and Substance Abuse Services and Debbie Moran, in her official capacity as Interim Executive Director of the Oklahoma Forensic Center is granted.

WHEREFORE, the Joint Motion for Final Approval and Entry of Consent Decree [Doc. 99] of plaintiffs Leslie Briggs, as next friend of T.W. and B.S.; Evan Watson, as next friend of C.R.; and Henry A. Meyer, III, as next friend of A.M., for themselves and for others similarly situated, and defendants Allie Friesen, in her official capacity as Commissioner of the Oklahoma Department of Mental Health and Substance Abuse Services and Debbie Moran, in her official capacity as Interim Executive Director of the Oklahoma Forensic Center is granted.

IT IS FURTHER ORDERED that the court certifies the following Class pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(2):

> All persons who are now, or will be in the future, charged with a crime in Oklahoma State court and are: (i) declared incompetent to stand trial by the state court; (ii) court-ordered to receive competency restoration services by the Department or its designees; (iii) incarcerated in a county jail or similar detention facility while their criminal cases are stayed; and (iv) awaiting court-ordered competency restoration services to be provided by the Department or its designees, whether or not placed on a competency waitlist maintained by the Department or its designees.

IT IS FURTHER ORDERED that Paul DeMuro, Frederic Dorwart, and David Leimbach of Frederic Dorwart, Lawyers PLLC, and Nick Southerland and Brian Wilkerson of the Oklahoma Disability Law Center, Inc. are appointed as Class Counsel.

IT IS FURTHER ORDERED that the Consent Decree shall be entered contemporaneously herewith as the Judgment of this court.

IT IS SO ORDERED this 10th day of March, 2025.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE