# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) LESLIE BRIGGS, as next friend of T.W. and B.S.;
(2) EVAN WATSON, as next friend of C.R.; and,
(3) HENRY A. MEYER, III, as next friend of A.M., for themselves and for others similarly situated,

          Plaintiffs,

v.

(1) GREGORY SLAVONIC, in his official capacity as Interim Commissioner of the Oklahoma Department of Mental Health and Substance Abuse Services; and
(2) KELLY WEBB, in her official capacity as Interim Executive Director of the Oklahoma Forensic Center,

          Defendants.

Case No: 23-cv-81-GKF-JFJ

## NOTICE OF AUTOMATIC SUBSTITUTION OF PARTIES

In accordance with Fed. R. Civ. P. 25(d), Rear Admiral (retired) Gregory Slavonic, in his official capacity as the new interim Commissioner of the Department of Mental Health Substance Abuse Services ("ODMHSAS"), and Holly Webb, in her official capacity as the new interim Executive Director of the Oklahoma Forensic Center ("OFC") are automatically substituted in this action for, respectively, Defendant Allie Friesen, in her official capacity as the former Commissioner of ODMHSAS and Defendant Debbie Moran, in her official capacity as the former interim Executive Director of OFC.

Respectfully submitted,

/s/ Paul DeMuro
Paul DeMuro, OBA No. 17605
Frederic Dorwart, OBA No. 2436
David W. Leimbach, OBA No. 33310
Frederic Dorwart, Lawyers PLLC
Old City Hall
124 East 4th Street
Tulsa, OK 74103
(918) 583-9922 – telephone
(918) 583-8251 – facsimile
pdemuro@fdlaw.com
fdorwart@fdlaw.com
dleimbach@fdlaw.com

Nick Southerland, OBA No. 31234
Brian S. Wilkerson, OBA No. 17165
Oklahoma Disability Law Center, Inc.
2816 E. 51st Street, Suite 300
Tulsa, OK 74105
(918) 743-6220 – telephone
(918) 743-7157 – facsimile
nick@okdlc.org
brian@okdlc.org

***Class Counsel for Plaintiffs***

/s/ Gentner Drummond
ATTORNEY GENERAL GENTNER DRUMMOND OBA No. 16645
ERIN M. MOORE, OBA No. 20787
TRACY E. NEEL, OBA No. 33574
Assistant Attorneys General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
Erin.Moore@oag.ok.gov
Tracy.neel@oag.ok.gov

***Appearing Ex Officio for State of Oklahoma***

Hall, Estill, Hardwick,
Gable, Golden & Nelson, P.C.

/s/ William O'Connor
William W. O'Connor, OBA No. 13200
Brian T. Inbody, OBA No. 17188
John T. Richer, OBA No. 19544
Hillary N. Hurst, OBA No. 36158
521 East 2nd Street, Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: boconnor@hallestill.com
Email: binbody@hallestill.com
Email: jricher@hallestill.com
Email: hhurst@hallestill.com

**Attorneys for Defendants**

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 9th day of June, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the applicable ECF registrants.

/s/ Paul DeMuro