**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LESLIE BRIGGS, as next friend of T.W. and B.S.,<br>EVAN WATSON, as next friend of C.R., and<br>HENRY A. MEYER, III, as next friend of A.M., for themselves and for others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>GREGORY SLAVONIC, in his official capacity as Interim Commissioner of the Oklahoma Department of Mental Health and Substance Abuse Services, and<br>HOLLY WEBB, in her official capacity as Interim Executive Director of the Oklahoma Forensic Center,<br><br>**Defendants.** | Case No. 23-cv-00081-GKF-JFJ |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

William W. O'Connor, Brian T. Inbody, John T. Richer, Kristen P. Evans, and the law firm of HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. ("HALL ESTILL") request that, in accordance with LGnR4-4(b), HALL ESTILL be granted leave to withdraw as counsel of record for substituted Defendants (together, the "Defendants") in this matter. In support of this Unopposed Motion, HALL ESTILL states as follows:

1.  Plaintiffs commenced this action on March 1, 2023.

2.  On October 14, 2025, William W. O'Connor, Brian T. Inbody, John T. Richer, Kristen P. Evans of the law firm HALL ESTILL entered appearances on behalf of the Defendants.

3.  On October 15, 2025, William W. O'Connor, Brian T. Inbody, John T. Richer, Kristen P. Evans of the law firm HALL ESTILL entered amended appearances on behalf of the Defendants.

4.     On November 1, 2024, the Attorney General filed a Motion to Strike the HALL ESTILL appearances entered on October 14, 2025 and October 15, 2025 [Doc. 77].

5.     On November 1, 2024, Defendant's filed an Opposed Motion to Substitute Counsel [Doc. No. 76].

6.     On March 4, 2025, the Court entered an Order granting Hall Estill's Motion to Substitute Counsel and denying the Attorney General's Motion to Strike [Doc. No. 113]. The Court's Order also allowed the Attorney General to appear *ex officio* in this case

7.     On March 10, 2025, the Court entered the Consent Decree approved by all parties and counsel [Doc. No. 116].

8.     On June 9, 2025, Plaintiffs filed a Notice of Automatic Substitution of Parties [Doc. No. 117]. Rear Admiral (retired) Gregory Slavonic, in his official capacity as the new interim Commissioner of the Department of Mental Health Substance Abuse Services ("ODMHSAS"), and Holly Webb, in her official capacity as the new interim Executive Director of the Oklahoma Forensic Center ("OFC") were automatically substituted in this action for, Defendant Allie Friesen, in her official capacity as the former Commissioner of ODMHSAS and Defendant Debbie Moran, in her official capacity as the former interim Executive Director of OFC.

9.     On June 10, 2025, Plaintiffs filed an Amended Notice of Automatic Substitution of Parties [Doc. No. 118]. Defendant Holly Webb, in her official capacity as the new interim Executive Director of the Oklahoma Forensic Center, was automatically substituted for former Defendant Debbie Moran.

10.    No motions are currently pending before the Court and this matter has not been set for pretrial conference or trial.

11.     HALL ESTILL certifies that the Defendants have knowledge of HALL ESTILL'S intent to withdraw. Attorney John Settle, new General Counsel for the Defendants, shall represent Defendants and continue working with the Attorney General, Class Counsel, and Supervisors in the administration of and compliance with the terms of the Consent Decree.

12.     Class Counsel has been notified, and does not oppose the relief requested.

13.     In compliance with LCrR47-3, HALL ESTILL states that a proposed Order allowing withdrawal shall be submitted to the Court.

**WHEREFORE**, premises considered, HALL ESTILL requests that, in accordance with LGnR4-4(b), William W. O'Connor, Brian T. Inbody, John T. Richer, Kristen P. Evans, and the law firm of HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. be allowed to withdraw as counsel of record for Defendants in the above referenced matter.

Respectfully submitted,

**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**

*s/William W. O'Connor*
William W. O'Connor, OBA No. 13200
Brian T. Inbody, OBA No. 17188
John T. Richer, OBA No. 19544
Kristen P. Evans, OBA No. 30210
521 East 2nd Street, Suite 1200
Tulsa, OK  74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
boconnor@hallestill.com
binbody@hallestill.com
jricher@hallestill.com
kevans@hallestill.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of July, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Paul DeMuro
Frederic Dorwart
David W. Leimbach
Nick Southerland
Brian S. Wilkerson

*Class Counsel for Plaintiffs*

Attorney General Gentner Drummond
Erin M. Moore
Tracy E. Neel
Devan Pederson
Garry M. Gaskins, II
Will Flanagan
Kindanne C. Jones

*Counsel for Defendants*

                                              *s/William W. O'Connor*
                                              William W. O'Connor

21118870.1:015108.00001