# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

LESLIE BRIGGS, as next friend of T.W. and B.S.,
EVAN WATSON, as next friend of C.R., and
HENRY A. MEYER, III, as next friend of A.M.,
for themselves and for others similarly situated,

    Plaintiffs,

v.

GREGORY SLAVONIC, in his official capacity as Interim Commissioner of the Oklahoma Department of Mental Health and Substance Abuse Services, and
HOLLY WEBB, in her official capacity as Interim Executive Director of the Oklahoma Forensic Center,

    Defendants.

Case No. 23-cv-00081-GKF-JFJ

## ORDER

This matter comes before the court on the Unopposed Motion to Withdraw as Counsel of Record for Defendants [Doc. 120]. For good cause shown, the Unopposed Motion is hereby granted. William W. O'Connor, Brian T. Inbody, John T. Richer, Kristen P. Evans, and the law firm of HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. shall be allowed to withdraw as counsel of record for Defendants in the above referenced matter.

IT IS SO ORDERED this 30th day of July, 2025.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE