# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LESLIE BRIGGS, as next friend of T.W. and B.S.; EVAN WATSON, as next friend of C.R.; and, HENRY A. MEYER, III, as next friend of A.M., for themselves and for others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>GREGORY SLAVONIC, in his official Capacity as the Commissioner of the Oklahoma Department of Mental Health and Substance Abuse Services, and HOLLY WEBB, in her in her official Capacity as Executive Director of the Oklahoma Forensic Center,<br><br>     Defendants. | Case No. 23-cv-81-GKF-JFJ |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

The undersigned enters his appearance as counsel in this case for Defendants: Gregory Slavonic, in his official capacity as the Commissioner of the Oklahoma Department of Mental Health and Substance Abuse Services; and Holly Webb, in her official capacity as Executive Director of the Oklahoma Forensic Center.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

s/ John M. Settle
John M. Settle, OBA #8086
Oklahoma Department of Mental Health
and Substance Abuse Services
2000 N. Classen Boulevard, Bldg. 600 E
Oklahoma City, OK 73106
Telephone: (405) 248-9250
john.settle@odmhsas.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record who are ECF registrants.

I hereby certify that on this 25th day of August, 2025 I transmitted the foregoing document by email and regular mail via the United States Postal Service, first class mail to the following:

Groundswell Services
c/o William Neil Gowensmith, Ph.D.
P.O. Box 102381
Denver, CO  80250

John Petrila
6 W. Via Plaza Nueva
Santa Fe, NM  87507

Dr. Darren Lish
2329 Woodbury Ln
Evergreen, CO  80439

s/ John M. Settle
John M. Settle