# JOHN M. O'CONNOR, PLLC

ATTORNEYS AND COUNSELORS AT LAW

January 8, 2026

Court Consultants
John Petrila (petrilajohn@gmail.com)
Neil Gowensmith (neil.gowensmith@gmail.com)
Darren Lish (darrenlish@hotmail.com)

RE: Briggs v. Friesen, Case No: 23-cv-81-GKF-JFJ
Mediation Process

Dear Court Consultants:

Thank you for your letters dated December 15, 2025, and January 5, 2026, regarding the mediation. Please note the following comments:

1. Plaintiffs' allegations in the Notice of Dispute (NOD) raise the following issues:

    a. Whether the Department has failed to use its Best Efforts to comply with the CD:
        i. The Plan (NOD ## 2 and 6)[1];
        ii. Data Validity and Reliability (## 1, 7 and 8);
        iii. Training (## 4 and 5);
        iv. Jail-Based Competency Restoration (# 3);
    b. Whether the Department is required to appoint a person to exclusively implement and monitor compliance (# 10); and
    c. Whether the Department is required to implement the Consultants' Injunctive Relief recommendations (# 11).

2. Tomorrow, the Department will email a response to each of the above-listed issues.

3. Attached is a response from the Department to NOD # 7, addressing the information requests of the Court Consultants. We request clarification of any information requests which remain unfulfilled.

---

[1] ## are from Plaintiff's November 5, 2025, Notice of Issues, as noted in your letter of January 5.

15West 6th Street, Suite 2505
Tulsa, Oklahoma 74119
(918) 584-8445 – Office
john@johnmoconnorlaw.com

EXHIBIT "C"

100 N. Broadway Ave., Suite 1890
Oklahoma City, OK 73102
(918) 688-6401 - Mobile

4. Greater detail establishing the Department's Best Efforts on these issues will be provided at the Mediation.

5. As required by the Consent Decree (CD), the Parties met and conferred on November 24 to attempt to resolve the issues raised in Plaintiffs' Notice of Dispute. Plaintiffs' Class Counsel sent you the Parties' respective correspondence after their meeting.

6. As the Department prepares for the mediation, we are mindful of these facts:

    a. Plaintiffs initially filed their Motion for Injunctive Relief before Judge Frizzell;
    b. Plaintiffs bear the burden of proving the claims listed in their Motion for Injunctive Relief;
    c. The Department then filed its Response and the Plaintiff's filed their Reply;
    d. After Judge Frizzell denied the Plaintiff's Motion, the Plaintiffs brought the dispute before the Court Consultants by filing their Notice of Dispute; and
    e. Plaintiffs bear the burden of proving the claims listed in the Notice of Dispute.

7. By copy of this letter, we request that Plaintiffs provide the Department with all exhibits and documents they intend to present during the mediation in support of their claims.

8. The Department will make a separate conference room available for ex officio counsel (the AG) since the AG is not a party and does not represent the Department.

We look forward to seeing you on Monday.

Sincerely,

John M. O'Connor